UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

      v.                                                                                 18-CR-6094

XAVIER TORRES,

                Defendant.

---

## NOTICE OF MOTION AND MOTION
## (PROTECTIVE ORDER)

**PLEASE TAKE NOTICE** that, upon the affidavit attached hereto, the undersigned moves this Court for a protective order and an order limiting the disclosure of discovery material – specifically, affidavits underlying state search warrants for searches conducted on January 29, 2018; affidavits underlying GPS tracker search warrants; cellular telephone extraction reports; pole camera footage; and miscellaneous paperwork located during the search warrants executed on January 29, 2018.

DATED:  Rochester, New York, March 12, 2019.

                                                JAMES P. KENNEDY, JR.
                                                United States Attorney


               BY:     s/KATELYN M. HARTFORD
                        Assistant United States Attorney
                        United States Attorney's Office
                        Western District of New York
                        500 Federal Building
                        100 State Street
                        Rochester, New York 14614
                        (585) 263-6760 ext. 23945
                        katelynhartford@usdoj.gov

TO:    Michael P. Scibetta, Esq.