# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

Page 1 of 6 | CR# 2016-00029570

## DETAIL

| Field | Value |
|---|---|
| Incident Type | 10. Narcotics Offenses |
| Report Date | 02/06/2016 |
| Report Time | 09:48 |
| Date From | 02/06/2016 |
| Time From | 09:48 |
| Date To | 02/06/2016 |
| Time To | 09:48 |
| Incident Address | 2 BURBANK ST |
| Beat | 217 |
| Campus Code | |
| Violent Crime Context | |

## OFFENSES

**Statute - PL 220.16 01 BF3** — Attempt/Commit - Completed — Counts - 2
Description - CPCS 3rd: Narcotic Drug w/ Intent to sell
- Location: Street-47
- Weapon:
- Larceny Type:
- Aggravated Assault Circumstances:
- Gang Related: No
- Computer: No
- Bias Type: No Bias-Not Applicable-77
- Entry Point:
- Method of Entry:
- # of Premises Entered:

**Statute - PL 221.05 V0** — Attempt/Commit - Completed — Counts - 1
Description - Unlawful Possession of Marihuana
- Location: Street-47
- Weapon:
- Larceny Type:
- Aggravated Assault Circumstances:
- Gang Related: No
- Computer: No
- Bias Type: No Bias-Not Applicable-77
- Entry Point:
- Method of Entry:
- # of Premises Entered:

## VICTIM

| Field | Value |
|---|---|
| Victim Type | Society Public-S |
| Victim Name | City of Rochester |
| Address | 185 Exchange BLVD |
| City, State, Zip | Rochester, NY 14614 |
| Telephone | (585)428-1110 |
| Date of Birth | |
| Age | |
| Sex | |
| Race | |
| Ethnicity | |
| Residence Status | Not Applicable |
| Victim/Offender Relationship | |
| Level of Injury | Business - NA |
| Type of Injury | Business - NA |
| Medical Treatment | Business - NA |

## PERSONS

R = Reporting Person  W = Witness  PK = Person w/Knowledge  NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|

## SUSPECT / MISSING PER

| Field | Value |
|---|---|
| Type | S - Arrestee |
| Suspect Name | Torres, Xavier |
| Nickname | |
| Address | 11 BURBANK ST, ROCHESTER, NY 14621 |
| Date of Birth | 11/7/1984 |
| Age | 31 |
| Sex | M |
| Race | W |
| Ethnicity | H |
| MoRIS / JCR # | 382474 |
| Height | 5'4 |
| Weight | 125 |
| Hair Color | Black |
| Hair Length | Short |
| Eye Color | Brown |
| Glasses | No |
| Complexion | Light |
| Build | Thin |
| Facial Hair | Beard |
| Gang Affiliation | No |
| Clothing, Jewelry, Distinguishing Features | |
| Offender Condition | Apparently Normal |
| Scars, Marks, Tattoos | |
| Mothers Maiden Name | |
| Place of Birth | |
| School Name / ID # | |

## INVESTIGATION

Modus Operandi

| # | Question | |
|---|---|---|
| 01 | Witness to the offense? | |
| 02 | Surveillance footage of event? | |
| 03 | Can a suspect be named? | X |
| 04 | Can a suspect be located? | X |
| 05 | Can a suspect be described? | |
| 06 | Can a suspect be identified? | |
| 07 | Can a suspect vehicle be identified? | |
| 08 | Is stolen property traceable? | |
| 09 | Is there significant Modus Operandi present? | X |
| 10 | Is there significant physical evidence present? | X |
| 11 | Has evidence tech work been performed? | X |
| 12 | Preliminary Investigation NOT completed? | |

| Field | Value |
|---|---|
| Case Status | Cleared by Arrest - Adult |
| Exceptional Clearance | |
| Assigned Bureau | Patrol - Clinton |
| Review Box | 2019 Clinton 2nd / 0178 |
| Reporting Officer | LUCIANO THOMAS |
| IBM # | 1599 |
| Date | 02/06/2016 |
| Reviewed By | |

Incident Report Page 1 OF 5

EXHIBIT "B"

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

Page 2 of 5

CR# 2016-00029570

## ADDT'L OFFENSE

| Field | Value |
|---|---|
| Statute | |
| Attempt/Commit | |
| Counts | |
| Description | |
| Location | |
| Weapon | |
| Larceny Type | |
| Aggravated Assault Circumstances | |
| Gang Related | |
| Computer | |
| Bias Type | |
| Entry Point | |
| Method of Entry | |
| # of Premises Entered | |

## VICTIM #2

| Field | Value |
|---|---|
| Victim Type | |
| Victim Name (Last, First, Middle) | |
| Address | |
| Date of Birth | |
| Age | |
| Sex | |
| Race | |
| Ethnicity | |
| Residence Status | |
| City, State, Zip | |
| Victim/Offender Relationship | |
| Telephone | |
| Level of Injury | |
| Type of Injury | |
| Medical Treatment | |

## PERSONS

R = Reporting Person  W = Witness  PK = Person w/Knowledge  NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|

## SUSPECT #2

| Field | Value |
|---|---|
| Type - S | Arrestee |
| Suspect Name (Last, First, Middle) | RODRIGUEZ, Jose, A |
| Nickname | |
| Address | 210 MAIN ST, ROCHESTER, NY 14614 |
| Date of Birth | 1/4/1963 |
| Age | 53 |
| Sex | M |
| Race | W |
| Ethnicity | H |
| MoRIS / JCR # | 277095 |
| Height | 5'8 |
| Weight | 185 |
| Hair Color | Brown |
| Hair Length | Short |
| Eye Color | Hazel |
| Glasses | No |
| Complexion | Light |
| Build | Medium |
| Facial Hair | Beard |
| Gang Affiliation | No |
| Clothing, Jewelry, Distinguishing Features | |
| Offender Condition | Apparently Normal |
| Scars, Marks, Tattoos | |

## PROPERTY

| Field | Value |
|---|---|
| Property Code | Seized |
| Property Type | Drug or Narcotic |
| Property Value | |
| Serial Number | |
| Item Type and Description | ONE SMALL CONTAINER MARIJUANA |
| Color | |
| Quantity | 1 |
| Unit of Measure | Item(s) |
| Measurement Source | Estimate |
| Drug Type | Marijuana |

| Field | Value |
|---|---|
| Property Code | Seized |
| Property Type | Drug or Narcotic |
| Property Value | |
| Serial Number | |
| Item Type and Description | 312 WAX PAPER ENVELOPES OF HEROIN |
| Color | |
| Quantity | 312 |
| Unit of Measure | Item(s) |
| Measurement Source | Estimate |
| Drug Type | Heroin |

## FIREARM

| Field | Value |
|---|---|
| Firearm Property Code | |
| Firearm Value | |
| Make | |
| Model | |
| Finish | |
| Caliber | |
| Capacity | |
| Type | |
| Action | |
| Serial Number | |
| Description | |
| Recovery Date | |

## VEHICLE

| Field | Value |
|---|---|
| Vehicle Status | Involved Vehicle |
| Year | 2001 |
| Make | Honda |
| Model | CIVIC |
| Style | 4 Door Hardtop |
| Color | Red |
| State | NY |
| Plate Number | HDN5260 |
| VIN # | |
| Recovery Date | |
| Additional Description | |

| Reporting Officer | IBM # | Date | Reviewed By |
|---|---|---|---|
| LUCIANO THOMAS | 1599 | 02/06/2016 | |

2019.7.9 GOV000179



**ROCHESTER POLICE DEPARTMENT**
**INCIDENT REPORT**

Page 3 of 5

2016-00029570

## NARRATIVE

ON THE ABOVE DATE AND TIME I WAS PATROLLING IN THE AREA OF N CLINTON AV NEAR THE INTERSECTION OF BURBANK ST. OFFICERS PIKE AND ROMEO WERE IN THE AREA AS WELL. WE WERE ALL IN SEPARATE MARKED PATROL VEHICLES. AT AROUND 09:48 HRS I WAS WESTBOUND ON BURBANK ST. PARKED ON THE NORTH SIDE OF BURBANK ST NEAR THE N CLINTON AV INTERSECTION WAS A RED HONDA 4D WITH NYS PLATES HDN-5250. OFFICER ROMEO SAW THE SAME VEHICLE AS HE TRAVELED WESTBOUND DOWN OSCAR ST. OSCAR ST IS ONE BLOCK TO THE NORTH OF BURBANK ST AND THE VEHICLE WAS CLEARLY VISIBLE THROUGH A LARGE VACANT FIELD.

AS I APPROACHED THE VEHICLE I COULD SEE AN INDIVIDUAL STANDING NEXT TO THE HONDA. THE INDIVIDUAL QUICKLY WENT NORTHBOUND ON N CLINTON AV OUT OF MY SIGHT. I SAW TWO M/H'S LATER IDENTIFIED AS XAVIER TORRES AND JOSE RODRIGUEZ QUICKLY EXIT THE VEHICLE. TORRES EXITED THE DRIVER'S SEAT AND RODRIGUEZ EXITED FRONT PASSENGER SEAT. THEY QUICKLY WALKED INTO THE COMMON HALLWAY OF THE BUILDING AT 1264 N CLINTON AV AND QUICKLY SHUT THE DOOR BEHIND THEM. THIS PARTICULAR LOCATION IS A KNOWN OPEN AIR DRUG LOCATION AND HAS BEEN THE SCENE OF MANY SHOOTINGS.

I EXITED MY VEHICLE AND FOLLOWED BEHIND THEM. I OPENED THE COMMON HALLWAY DOOR AND FOUND BOTH OCCUPANTS STANDING IN FRONT OF APARTMENT NUMBER 1. I ASKED WHO THEY CAME TO VISIT. RODRIGUEZ SAID NOTHING AND TORRES STATED THAT HE CAME TO VISIT HIS AUNT. I ASKED HIS AUNT'S NAME AND HE THEN YELLED LOUDLY THAT I WAS HARASSING HIM. I ASKED HIM HOW HE GOT TO LOCATION. HE STATED, "YOU SAW ME WALK IN HERE." AFTER SEVERAL MORE COMPLAINTS OF HARASSMENT HE THEN CLARIFIED THAT HE HAD WALKED TO THE LOCATION. I THEN ASKED HIM WERE HE HAD WALKED FROM AND HE TOLD ME HE HAD COME FROM HIS BROTHER'S HOUSE ON DEWEY AV. I ASKED IF HE HAD DRIVEN TO THE LOCATION AND HE STATED NO.

I NOTICED HIS BREATHING BECOMING HEAVIER AND I THEN PLACED HIM IN HANDCUFFS FOR OFFICER SAFETY AND CONDUCTED A PAT FRISK. WHILE DOING SO I LOCATED A KEY RING IN HIS FRONT RIGHT SWEATSHIRT POCKET AND NOTICED IT HAD A HONDA KEY ON IT. I ASKED TORRES IF HE HAD A DRIVER'S LICENSE AND HE STATED THAT HE DID NOT. I ASKED WHERE THE VEHICLE WAS THAT HE POSSESSED THE KEY FOR. HE TOLD ME IT WAS PARKED AT HIS BROTHER'S HOUSE. I THEN CONFRONTED HIM WITH HIS LIES AND TOLD HIM I HAD JUST WITNESSED HIM EXIT THE VEHICLE. I INSTRUCTED HIM TO SIT ON THE DOOR STEP OF THE LOCATION AND OFFICER PIKE STOOD BY WITH BOTH TORRES AND RODRIGUEZ WHILE I WALKED OVER TO THE HONDA.

I STARTED TO LOOK INSIDE AND OFFICER PIKE YELLED, "HE'S RUNNING". OFFICER PIKE QUICKLY TOOK TORRES INTO CUSTODY A SHORT DISTANCE FROM THE SCENE WHILE I STOOD BY WITH RODRIGUEZ. I WALKED OVER TO THE VEHICLE AND SAW THAT THE WINDOW REGISTRATION STICKER DID NOT MATCH THE PLATES (NYS ERW-1900). IN PLAIN VIEW WAS AN ELECTRIC RAZOR STILL IN THE PACKAGE. I HAD JUST INVESTIGATED A LARCENY AT THE RITE AID AT 1000 N CLINTON AV AT 09:22 HRS. SEE CR #16-029554. OFFICER ROMEO OBSERVED HYPODERMIC NEEDLES BEHIND THE DRIVER'S SEAT ON THE FLOOR. IT WAS DETERMINED THAT TORRES HAS A NON-DRIVER ID WITH FOUR SUSPENSIONS.

A SEARCH OF THE VEHICLE FOUND A CLEAR PLASTIC SANDWICH BAG ON THE DRIVER'S SIDE FLOOR BOARD CONTAINING SEVEN SMALL BLACK ZIPLOCK BAGGIES. THE BAGGIES CONTAINED A TOTAL OF 67 WHITE WAX PAPER ENVELOPES MARKED IN BLUE INK WITH THE

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| LUCIANO | THOMAS | 1599 | 02/06/2016 | |

2019.7.9 GOV000180


WORD "MAGOO". EACH ENVELOPE CONTAINED A SMALL AMOUNT OF SUSPECTED HEROIN. ALSO IN THE SAME SANDWICH BAG OFFICERS LOCATED THREE MEDIUM SIZED CLEAR PLASTIC ZIPLOCK BAGS. EACH ZIPLOCK CONTAINED 50 SMALLER BLACK ZIPLOCK BAGGIES (DIME BAGS). EACH OF THE BLACK ZIPLOCK BAGGIES CONTAINED A SMALL AMOUNT OF SUSPECTED COCAINE.

IN THE CENTER CONSOLE I LOCATED SEVERAL SHOPPING BAGS WRAPPED AROUND EACH OTHER. THE BAGS CONTAINED AN ADDITION 20 BUNDLES PACKAGED IN THE SAME MANNER. THE BUNDLES CONTAINED A TOTAL OF 199 WAX PAPER ENVELOPES OF SUSPECTED HEROIN PACKAGED IN THE SAME MANNER. ALSO IN THE CENTER CONSOLE I LOCATED TWO CLEAR MEDIUM SIZED ZIPLOCK BAGS. ONE BAG CONTAINED 24 BLACK ZIPLOCK BAGGIES (DIME BAGS) OF SUSPECTED COCAINE AND THE OTHER CONTAINED 26 YELLOW ZIPLOCK BAGGIES (DIME BAGS) OF SUSPECTED COCAINE. A SMALL PLASTIC PURPLE CONTAINER WAS ALSO IN THE CENTER CONSOLE. IT CONTAINED A SMALL AMOUNT OF MARIJUANA.

OFFICER PIKE TOOK THE RECOVERED RAZOR TO RITE AID. THERE HE CONDUCTED A SHOW UP WITH THE SECURITY GUARD, CRAIG RANNEY. HE CONFIRMED THAT THE RAZOR IN THE REAR OF THE HONDA WAS IN FACT THE SAME ONE STOLEN FROM THE STORE MINUTES EARLIER. BEFORE LEAVING THE SCENE I KNOCKED ON THE DOOR OF APARTMENT 1 WHERE BOTH SUSPECTS WERE STANDING. A MALE INSIDE IDENTIFIED HIMSELF AS LUIS GARCIA. I ASKED IF HE WAS EXPECTING ANYONE AND HE STATED THAT HE WAS NOT. I ASKED HIM TO LOOK AT BOTH TORRES AND RODRIGUEZ TO DETERMINE IF HE RECOGNIZED THEM. HE STATED THAT HE DID NOT KNOW THEM. THE VEHICLE WAS TOWED FROM THE SCENE AND BOTH TORRES AND RODRIGUEZ WERE TRANSPORTED TO THE EASTSIDE OFFICE.

THERE I CONDUCTED A THROUGH SEARCH OF RODRIGUEZ. IN HIS LEFT INSIDE COAT POCKET I LOCATED A CLEAR PLASTIC SANDWICH BAG. IT CONTAINED FIVE BUNDLES JUST AS DESCRIBED ABOVE. THE BUNDLES CONTAINED A TOTAL OF 46 WAX PAPER ENVELOPES OF SUSPECTED HEROIN. IN HIS LEFT PANTS POCKET I LOCATED A CLEAR PLASTIC ZIPLOCK BAG. THE ZIPLOCK BAG CONTAINED 50 SMALL BLACK ZIPLOCK BAGGIES (DIME BAGS) OF SUSPECTED COCAINE.

I CONDUCTED A FIELD TEST OF THE RECOVERED SUSPECTED NARCOTICS LOCATED ON RODRIGUEZ. OFFICER PIKE AND ROMEO CONDUCTED FIELD TESTS ON THE RECOVERED NARCOTICS AND MARIJUANA LOCATED IN THE VEHICLE. ALL PROVED POSITIVE, SEE SIGNED DRUG TEST DEPOSITIONS. ALL OF THE NARCOTICS WERE PACKAGED INTO TEN DOLLAR QUANTITIES FOR STREET SALE. IT SHOULD BE NOTED THAT RODRIGUEZ WAS IN POSSESSION OF $104 AND TORRES WAS IN POSSESSION OF $515. THE MONEY WAS IN SMALL DENOMINATIONS CONSISTENT WITH SALE OF ILLEGAL NARCOTICS. ALL OF THE RECOVERED EVIDENCE WAS TURNED INTO THE PROPERTY CLERK BY OFFICER PIKE. BOTH SUSPECTS WERE TRANSPORTED TO CENTRAL BOOKING.

TOTALS FOR RECOVERED NARCOTICS ARE AS FOLLOWS:
312 WAX PAPER ENVELOPES OF HEROIN
259 DIME BAGS OF COCAINE
1 PLASTIC CONTAINER OF MARIJUANA

| Reporting Officer | | IBM # | Date | Reviewed By | |
|---|---|---|---|---|---|
| LUCIANO | THOMAS | 1599 | 02/06/2016 | | 2019.7.9 GOV000181 |

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

CR# 2016-00029570

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| Seized | Drug or Narcotic | | |

| Item Type and Description | | | | Color |
|---|---|---|---|---|
| 250 DIME BAGS OF COCAINE | | | | |

| Quantity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| 250 | Item(s) | Estimate | Cocaine Hydrochloride |

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| Seized | Money | $719 | |

| Item Type and Description | | | | Color |
|---|---|---|---|---|
| 719 DOLLARS US CURRENCY | | | | |

| Quantity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| 1719 | Item(s) | | |

**ADDITIONAL PROPERTY**

(remaining property entries blank)

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| LUCIANO | THOMAS | 1599 | 02/06/2016 | |

2019.7.9 GOV000182