# Rochester Police

## Lineup Report

**Report Date:** 02/27/2019

**Report Printed By:** ROC - 1022

**Label:** PISTOLITA

**Created By:** ROC - 1022

**Creation Date:** 02/27/2019

1



2



3



4



5



6



**Date:** 2-28-19 **Time:** 1348 **Investigator:** 1672 **Witness:**

**2019.3.22 X. Torres009**

EXHIBIT "C"

# Showing the Photo Array

| Witness Name: | Witness Address: | Witness DOB: |
|---|---|---|
| [redacted] | [redacted] | [redacted] |

**Instructions to the Blind Administrator Showing the Photo Array:**

- As a blind administrator, you must not know which person in the array is the suspect, or you must not know where the suspect is in the photo array.
- Remain neutral. Do not comment on the identification before, during or after the identification procedure.
- Provide the photo array in an envelope or folder when handing it to the witness.
- Stand out of the witness' line of sight, where practical, but still observe the witness as the witness views the photo array.
- So as not to distract the witness, do not comment during the identification procedure.

[signature] 1672 — 2-28-19

**Signature of Blind Administrator** **Date**

☒ As the blind administrator, you confirm you do not know which person in the photo array is the suspect, or you do not know where the suspect is in the photo array.

**Record words and gestures of the witness during the procedure:**

**If the witness gives a vague answer (for example: "I think it is..." or "it might be..."), then say the following: You said (*insert witness' words*), what do you mean by that? Record the witness' answer:**

**After the witness has viewed the photo array, complete the deposition below if an identification has been made:**

My name is [redacted]. I recognize the person in number 1 of the photo array. I recognize this person from FROM CLINTON AVE. HE HANGS AT CLINTON + BRANCHARD.

**NOTICE: False statements made herein are punishable as a Class A Misdemeanor pursuant to Section 210.45 of the New York State Penal Law.**

[redacted] 2-28-19 **DATE** [signature] #1672 **WITNESSES SIGNATURE** 2-28-19 **DATE**

**FINAL INSTRUCTIONS TO WITNESS:**
***Do not discuss with any other witness what you observed or said during this identification procedure.***

STATE OF NEW YORK
COUNTY OF MONROE
ROCHESTER CITY COURT

# Rochester Police Department Supporting Deposition RPD 1270

CR# ____________

PAGE 1 OF 3

IN THE MATTER OF DEFENDANTS/RESPONDENTS LISTED BELOW:

1. ____________ DEFENDANT'S/RESPONDENT'S NAME ____________ DEFENDANT'S/RESPONDENT'S ADDRESS

2 ____________ DEFENDANT'S/RESPONDENT'S NAME ____________ DEFENDANT'S/RESPONDENT'S ADDRESS

3. ____________ DEFENDANT'S/RESPONDENT'S NAME ____________ DEFENDANT'S/RESPONDENT'S ADDRESS

CHARGED WITH ALLEGED OFFENSES, TO WIT:

| Inv. Jason Leckinger #1672 RPD | / / | Rochester Police Deapartment |
|---|---|---|
| DEPONENT'S NAME | DATE OF BIRTH | DEPONENT'S ADDRESS AND PHONE NUMBER |

DEPONENT DEPOSES AND SAYS:
On 2/28/19, I was contacted by SA Patrick Hoffman, ATF, and asked to assist with an ongoing investigation by showing photo arrays to two different individuals. I was requested to be the "double blind" administrator of the arrays because I have no knowledge of the case or any suspects. I also had no involvement in creating any arrays. I met with SA Hoffman and he provided me with seven separate manila folders, each containing a unique array and the associated paperwork. I was also provided with three individual photos, each of a different male.

[redacted]

*Continued on next page....

*NOTICE: FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE NEW YORK STATE PENAL LAW.*

Inv. [signature] #1672 3/2/19

DEPONENT'S SIGNATURE DATE WITNESS SIGNATURE DATE

2019.3.22 X. Torres013

STATE OF NEW YORK
COUNTY OF MONROE
ROCHESTER CITY COURT

# Rochester Police Department
## Supporting Deposition
## RPD 1270

CR# ______________

PAGE 3 OF 3

IN THE MATTER OF DEFENDANTS/RESPONDENTS LISTED BELOW:

1. ______________ DEFENDANT'S/RESPONDENT'S NAME ______________ DEFENDANT'S/RESPONDENT'S ADDRESS

2 ______________ DEFENDANT'S/RESPONDENT'S NAME ______________ DEFENDANT'S/RESPONDENT'S ADDRESS

3. ______________ DEFENDANT'S/RESPONDENT'S NAME ______________ DEFENDANT'S/RESPONDENT'S ADDRESS

CHARGED WITH ALLEGED OFFENSES, TO WIT:

| Inv. Jason Leckinger #1672 RPD | / / | Rochester Police Department |
|---|---|---|
| DEPONENT'S NAME | DATE OF BIRTH | DEPONENT'S ADDRESS AND PHONE NUMBER |

DEPONENT DEPOSES AND SAYS:

response on the back of each corresponding photo, along with the date and time, and he both signed the back of the photo. For the third photo, I simply recorded "NO ID" as well as the date/time.

I called AUSA Hartford and SA Hoffman back into the room and advised them of the results before excusing myself from the room.

All originals were left with the AUSA.

*NOTICE: FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE NEW YORK STATE PENAL LAW.*

[signature] #1672 3/2/19

DEPONENT'S SIGNATURE DATE ______________ WITNESS SIGNATURE DATE

2019.3.22 X. Torres015