UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA**                                          18-CR-06094

                              vs.                                          **CERTIFICATE OF SERVICE**

**XAVIER TORRES**

                         Defendant.

I hereby certify that on, November 11, 2019, I electronically filed the enclosed Notice of Motion on behalf of the defendant, Xavier Torres, using the CM/ECF System, which sent notification of such filing to the following:

-       Paul J. Vacca, Jr     pvacca99@gmail.com

-       Michael J. Tallon     mtallon@tallonlaw.com, jdeatsch@tallonlaw.com

-       Maurice J. Verrillo    maurice@verrillolaw.com, lucy@verrillolaw.com, mjvlaw@ecf.courtdrive.com, sonya@verrillolaw.com

-       Matthew R. Lembke  matt.lembke@cmllawfirm.com

-       Lawrence L. Kasperek   llkasperek@etksdefense.com, Vpellett@etksdefense.com

-       Jason E. Abbott     jabbott@fitznunn.com, sadams@fitznunn.com

-       James Q. Auricchio  jfqaesq@gmail.com

-       Avik K. Ganguly     avik@gangulylaw.com

-       Katelyn M. Hartford  katelyn.hartford@usdoj.gov, anna.sedor@usdoj.gov, kathy.santos@usdoj.gov, oksana.dubilevskaya@usdoj.gov, theresa.weir@usdoj.gov

-       Cassie M. Kocher    cassie.kocher@usdoj.gov, CaseView.ECF@usdoj.gov, Kathy.Santos@usdoj.gov, Oksana.Dubilevskaya@usdoj.gov, Patricia.B.Reis@usdoj.gov, theresa.weir@usdoj.gov

And I hereby certify that I have mailed the document to the following non-CM?ECF participants using the US Post Office:

•       Hon. Mark Pederson, United States Magistrate Judge, 100 State Street, Rochester, New York 14614 (Chambers Copy)

Under the penalty of perjury, I declare that the foregoing is true and correct.

Dates: November 11, 2019                    _____/s/ Lucy A. Brado_____
                                            Lucy A. Brado, Esq.
                                            LAW OFFICES OF MAURICE J. VERRILLO, P.C.
                                            3300 Monroe Ave., Suite 301
                                            Rochester, NY 14618
                                            (585) 232-2640