UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.

XAVIER TORRES,

        Defendant.

**ORDER**

Case Number: 18-CR-6094-FPG-MJP-5

---

On February 11, 2020, oral argument was held on defendant's omnibus motions. (ECF No. 266.) The motions specifically identified below were raised by defendant and addressed by this Court as indicated below.

| | | Granted | Denied | Denied w/o prejudice | Reserved | Withdrawn | Moot |
|---|---|---|---|---|---|---|---|
| ☐ | (1) Audibility Hearing: | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| ☒ | (2) Bill of Particulars: | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |
| ☒ | (3) *Brady* Material: | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |
| ☒ | (4) Co-conspirator statements/James Hearing: | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| ☐ | (5) Disclosure of Witness List: | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| ☒ | (6) Discovery and Inspection: | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |
| ☒ | (7) Dismissal of Indictment: | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| | ☐ (a) Grand Jury Voting Irregularities: | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| | ☒ (b) Delay in presenting to grand jury and indictment | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| ☒ | (8) Ruling on Fed.R.Evid. P. 404(b): | ☐ | ☐ | ☒* | ☐ | ☐ | ☐ |
| ☒ | (9) Ruling on Fed.R.Evid. P. 608: | ☐ | ☐ | ☒* | ☐ | ☐ | ☐ |
| ☒ | (10) Ruling on Fed.R.Evid. P. 609: | ☐ | ☐ | ☒* | ☐ | ☐ | ☐ |
| ☐ | (11) *Franks* Hearing: | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| ☒ | (12) Identification of Informant(s): | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| ☐ | (13) Join Motions of Co-Defendant(s): | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| ☒ | (14) Severance: | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| | ☐ (a) Of Counts: | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| | ☒ (b) Of Defendants: | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| ☐ | (15) Strike Surplusage: | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| ☒ | (16) Suppress Identification/*Wade*: | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| ☒ | (17) Suppress Evidence: | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |
| ☒ | (18) Suppress Statements: | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |
| ☐ | (19) Suppress Wiretap Conversations: | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| ☒ | (20) Other(s) *(Specify)*: | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| | ☒ (a) Govt. Motion Reciprocal Discovery: | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| | ☒ (b) Leave to make further motions | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| | ☒ (c) Preservation of rough notes: | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |
| | ☒ (d) *Jenks Act*: | ☐ | ☐ | ☒** | ☐ | ☐ | ☐ |

\* Gov't agrees to provide two (2) weeks prior to trial.
\*\* Gov't agrees to provide thirty (30) days prior to trial.

    Note: For any motions in which multiple boxes are marked, such motion was decided in part as specified.

    The factual findings and conclusions of law to support this decision are set forth in the transcript of proceedings of February 11, 2020. The transcript of that proceeding is specifically incorporated as my written statement of reasons for the above order.

Dated: Feb. 18, 2020

                                              _____
                                              MARK W. PEDERSEN
                                              United States Magistrate Judge