UNITED STATES v. XAVIER TORRES

CASE NO. 18-cr-6094

DEFENDANT XAVIER TORRES EXHIBIT LIST

Maurice J. Verrillo, Esq., Attorney for the Defendant Xavier Torres

| EXHIBIT NUMBER | DESCRIPTION | DATE | WITNESS IDENTIFYING | OFFERED | ADMITTED | ADDITIONAL WITNESS |
|---|---|---|---|---|---|---|
| Defense Exhibit . 500 | Letter from Task Force Officer Joseph Briganti dated August 14, 2020 | | | | | |
| 501 | 3 page officer notes dated April 10, 2017 | | | | | |
| 502 | 4/10/17 Handwritten notes referenced as Gov 0001 to 0004 | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |