UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

            vs.                      POTENTIAL WITNESS LIST
                                        Docket No. 18-CR-6094-FPG

XAVIER TORRES,
                  Defendant.

The defendant, Xavier Torres, provides the following potential witness list on his behalf:

1. Attorney John Molloy
   Buffalo, New York

Summary: Mr. Molloy represented the defendant during a meeting with law enforcement on April 10, 2017. The testimony shall relate to the purpose of the meeting, and the substance of topics addressed during said meeting.

2, Officer responsible for taking notes of April 10, 2017 meeting with Xavier Torres, whose name and contact information is unknown. Said officer prepared notes of this meeting, referenced in disclosure dated January 11, 2019, numbers 035-037. The testimony shall relate to the purpose of the meeting and the substance of topics addressed during said meeting.

The defendant, Xavier Torres has not received 3500 materials and recently was provided disclosure of an uncharged crime involving John Gonzalez. The defense reserves the right to supplement, amend, or modify its responses up to and during the course of this trial.

LAW OFFICES OF
MAURICE J. VERRILLO, P.C.

3300 MONROE AVENUE, SUITE 301
ROCHESTER, NY 14618

(585) 232-2640

-2-

Dated: Rochester, New York  
       October 27, 2020

Yours etc.,

/s/ Maurice Verrillo

Maurice J. Verrillo, Esq.  
Law Office of Maurice J. Verrillo, P.C.  
Attorney for the Defendant  
Xavier Torres  
3300 Monroe Avenue, Suite 301  
Rochester, New York 14618  
(585) 232-2640

LAW OFFICES OF  
MAURICE J. VERRILLO, P.C.

3300 MONROE AVENUE, SUITE 301  
ROCHESTER, NY 14618

(585) 232-2640