# BUFFALO POLICE DEPARTMENT
## HOMICIDE SQUAD

**To:** Dennis Richards
Chief of Detectives

**From:** Detective Richard W Wagstaff
Homicide Unit

**Attention:** Captain Ronald Jentz

**File Number:** 16-242

**Report Regarding:** Homicide Shooting Inv.
John Gonzalez, Hisp/W/M, DOB 1/4/88
725 Hudson Street, Rochester, New York

**Other Officers:** Detective Sergeant Steve Turner, Detective Timothy Salamone
Detective Michael Mordino, Detective John Paradowski

**Date Prepared:** Sept. 20, 2017

In continuing the investigation this unit was contacted by a source, ▮▮▮▮ in regards to information he wanted to provide on this case. This source states that the person that admitted to him the he committed this crime is name Ruben Gonzalez, Hisp/W/M, DOB ▮▮▮ of ▮▮▮ ▮▮▮ He stated that this subject was in a domestic with his baby mother, Deynisha Santiago, dispute on Hudson Street and Trenton Avenue on 9/19/17 (CD #17-2620339). This source states that Ruben told him about the homicide and showed him the weapon that was used. The source states that he recently saw the weapon and it's a black and green Glock, .9mm and he carries it with him in a black book bag. He states that Ruben drives a Volkswagen vehicle. A check of the BPD database shows that Ruben was issued several summons while operating a white 2012 Volkswagen, Jetta, 4dsd, NY plate HMH-8870 registered to Margarita I Pena, DOB ▮▮▮ of ▮▮▮▮▮▮ Buffalo, New York.



This unit has scheduled a meeting with this source today for a statement and a picture of Ruben Gonzalez will be viewed for confirmation on the identity.

This report will become a permanent part of the case file.

Respectfully submitted,
Det. Richard W Wagstaff
Homicide Unit