UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

          vs.    NOTICE OF MOTION
                                                           Case #18-CR-06094

XAVIER TORRES a/k/a Pistolita,
                    Defendant.

The Defendant, Xavier Torres, by and through his attorney, Maurice J. Verrillo, Esq., moves this Court before the Hon. Frank P. Geraci, Jr., District Court Judge of the Western District of New York, located at the United States Courthouse , 100 State Street Rochester, New York 14614 on the 1st day October, 2021 at 3 p.m.  for an order granting the following relief, to wit:

  A.  Excluding and restricting the use of evidence, subsequent to the defendant's leaving the Rochester area as being irrelevant, unnecessary, confusing, misleading, cumulative , causing undue delay , or a waste of the court's time pursuant to FRE 401 and FRE 403

  B.  Finding that the probative value of any subsequent evidence is substantially outweighed by the prejudice associated with the introduction of subsequent evidence at the time of trial.

  C.  Such other and further relief to this Court seems just and proper.

LAW OFFICES OF
MAURICE J. VERRILLO, P.C.

3300 MONROE AVENUE, SUITE 301
ROCHESTER, NY 14618

(585) 232-2640

Dated: September 21, 2021                                Yours etc.,

*/s/ Maurice Verrillo*

Maurice J. Verrillo, Esq.
LAW OFFICE OF MAURICE J. VERRILLO, P.C.
Attorney for the Defendant Xavier Torres
3300 Monroe Avenue, Suite 301
Rochester, New York 14618
(585) 232-2640

LAW OFFICES OF
MAURICE J. VERRILLO, P.C.

3300 MONROE AVENUE, SUITE 301
ROCHESTER, NY 14618

(585) 232-2640