UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA**                                             18-CR-06094

                                                        vs.                                             **CERTIFICATE OF SERVICE**

**XAVIER TORRES**

                                        Defendant.

I hereby certify that on, September 22, 2021, I electronically filed the enclosed Notice of Motion and Attorney Affidavit, on behalf of the defendant, Xavier Torres, using the CM/ECF System, which sent notification of such filing to the following:

- Paul J. Vacca, Jr         pvacca99@gmail.com

- Michael J. Tallon         mtallon@tallonlaw.com, jdeatsch@tallonlaw.com

- Maurice J. Verrillo       maurice@verrillolaw.com, lucy@verrillolaw.com, mjvlaw@ecf.courtdrive.com, sonya@verrillolaw.com

- Matthew R. Lembke         matt.lembke@cmllawfirm.com

- Lawrence L. Kasperek      llkasperek@etksdefense.com, Vpellett@etksdefense.com

- Jason E. Abbott           jabbott@fitznunn.com, sadams@fitznunn.com

- James Q. Auricchio        jfqaesq@gmail.com

- Avik K. Ganguly           avik@gangulylaw.com

- Katelyn M. Hartford       katelyn.hartford@usdoj.gov, anna.sedor@usdoj.gov, kathy.santos@usdoj.gov, oksana.dubilevskaya@usdoj.gov, theresa.weir@usdoj.gov

- Cassie M. Kocher          cassie.kocher@usdoj.gov, CaseView.ECF@usdoj.gov, Kathy.Santos@usdoj.gov, Oksana.Dubilevskaya@usdoj.gov, Patricia.B.Reis@usdoj.gov, theresa.weir@usdoj.gov

And I hereby certify that I have mailed the document to the following non-CM?ECF participants using the US Post Office:

- Hon. Frank P. Geraci, United States Magistrate Judge, 100 State Street, Rochester, New York 14614 (Chambers Copy)

Under the penalty of perjury, I declare that the foregoing is true and correct.

Dates: September 22, 2021   /s/ Maggie Maloy
Maggie Maloy, Legal Assistant
LAW OFFICES OF MAURICE J. VERRILLO, P.C.
3300 Monroe Ave., Suite 301
Rochester, NY 14618
(585) 232-2640