IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      v.                                                18-CR-6094-FPG

XAVIER TORRES a/k/a Pistolita,

                    Defendant.

## INFORMATION PURSUANT TO 21 U.S.C. § 851

**PLEASE TAKE NOTICE** that, upon the defendant's conviction of a violation of Title 21 of the United States Code providing for increased punishment in the event of one or more prior final convictions for a serious drug felony, the United States intends to rely upon the defendant's prior conviction on or about May 13, 2009, in United States District Court in the Western District of New York, Docket Number 08-CR-0311, for a violation of Title 21, United States Code, Section 846 (conspiracy to possess with the intent to distribute and to distribute heroin), for which the defendant served a term of imprisonment of more than 12 months and the defendant's release from any term of imprisonment related to the offense was within 15 years of the commencement of the offense charged in the Fourth Superseding Indictment, as the basis for the imposition of such increased punishment.

DATED: Rochester, New York, October 11, 2021.

                                      JAMES P. KENNEDY, JR.
                                      United States Attorney

                    By:    s/Cassie M. Kocher
                           Assistant U.S. Attorney
                           United States Attorney's Office
                           Western District of New York
                           100 State Street
                           Rochester, New York 14614
                           (585) 399-3934

To:    Maurice Verrillo, Esq.