GOVERNMENT EXHIBIT 97

Carlos Figueroa
59 Fernwood Ave.
Rochester, New York 14621
(585) 766-3357 Telephone

The Landlord and Tenant agree to lease the Apartment for the Term and at the rent as hereafter stated:

TENANT(S): Ziomara Rosado

For rental of the Apartment Located at:
6 Burbank Street
Rochester, New York 14621

| Date of Possession: | Term: | Yearly Rent: | Monthly Payment: |
|---|---|---|---|
| 03-02-2015 | One (1) Year Lease Term | $ 9,600.00 | $ 800.00 |
| Security on Deposit at: 6 Burbank Street | Beginning: 03/01/2015 | Security/Key Deposit: $ 800.00 | Added Rent $ None |
| 3 Bedroom Unit | Ending: 02/28/2016 | Other: Specify Below Move-In Special Details Below or N/A<br>Heat Electric: Tenant<br>Water, Refuse: Owner | |

1. RENT AND ADDED RENT

The rent payment for each month is payable in advance on the first day of that month at Landlord's address or such other place as the Landlord may designate. Landlord need not give notice to pay the rent. Rent must be paid in full and no amount subtracted from it. Tenant may be required to pay other charges to the Landlord under the terms of this Lease. They are to be called "added rent". This added rent is payable as rent. If tenant fails to pay the added rent on time, Landlord shall have the same rights against Tenant as if Tenant failed to pay rent.

If rent is received after the 5th day of the month, the Tenant agrees to pay as added rent, the sum of $50.00 plus $5.00 per day thereafter that the rent payment is past due. If payment is made by personal check and check is not honored by the Tenant's bank because of insufficient funds or any other reason, the Tenant agrees to pay the sum of $25.00 as added rent for the first occurrence and $50.00 for each subsequent occurrence plus the per day late fee until rent balance is satisfied. After the second occurrence, it is at the Landlord's discretion to demand all future payments must be made in the form of money order or other certified funds. Payment of rent in monthly installments is for the Tenant's convenience only. If the Tenant defaults, Landlord may give notice to Tenant that Tenant may no longer pay rent in installments. The entire rent for the remaining part of the term will then be due and payable.

In the event that this lease shall be executed and possession of the [illegible] granted to the Tenant on any day prior to the first day of the term of [illegible] Tenant rent shall be paid for said period in an amount equal to one-thirtieth (1/30) of the monthly installment of rent during the lease term multiplied by the number of days to the first day of the next month. All provisions, terms and conditions of this lease shall apply during said period in the same manner, as [illegible] this Lease was extended to include this period.

[illegible] OF TERM

[illegible] Landlord agrees in writing, at Landlord's sole option, to permit [illegible] the Apartment after the expiration of the Term for a [illegible] The Tenant agrees to pay Landlord the then current [illegible] fee per month as added rent which is [illegible] extension period.

[illegible] OF TERM

[illegible] days in the [illegible]

notification. The full rent is due and payable for the last month of occupancy; no partial or pro-rated rent amounts will be allowed.

4. OCCUPANCY AND OVER OCCUPANCY

The demised premises may be used and occupied by the Tenant(s) and those designated on the lease, at the time of application, as "other occupants" only as a private dwelling residence and for no other purpose. The Landlord must qualify all occupants of the leased premises. Any adult moving into the apartment during the term of a Lease Agreement, must fill out an application for rental, provide credit references, be approved by management and sign a new Lease Agreement along with all adult occupants.

If this provision is violated, Landlord shall have the option of terminating the lease with thirty (30) days written notice.

5. RENTER'S INSURANCE

Management does not insure the personal property of the tenant, it is strongly recommended that the Tenant secure renters insurance for their personal property.

6. LAWFUL USE

Resident agrees not to use the premises for any unlawful purpose, or in any manner that will tend to injure the Tenant, the Apartment, other Residents, the property, or the reputation of the premises. Tenant shall not make or permit any disturbing noises or odors nor shall Tenant interfere with the rights and quiet enjoyment comforts of other Tenants. If Tenant uses the premises in any unlawful or disturbing manner, Landlord shall terminate [illegible] lease with thirty (30) day written notice.

7. FAILURE TO GIVE POSSESSION

Landlord shall not be liable for failure to give Tenant possession [illegible] Apartment on the beginning date of the Term. Rent shall be payable [illegible] beginning of the Term unless Landlord is unable to give possession. Rent shall then be pro-rated at one-thirtieth (1/30) the monthly payment starting from the date possession is available to the end of the [illegible] notify Tenant as to the date [illegible] Term will [illegible]