781

1                    UNITED STATES DISTRICT COURT

2                   WESTERN DISTRICT OF NEW YORK

3

4

5    - - - - - - - - - - - - -X
     UNITED STATES OF AMERICA              18-CR-6094(G)
6
     vs.
7                                          Rochester, New York
     XAVIER TORRES,                        November 1, 2021
8              Defendant.                  8:30 a.m.
     - - - - - - - - - - - - -X
9                                          **VOLUME 9**

10                    TRANSCRIPT OF PROCEEDINGS
          BEFORE THE HONORABLE FRANK P. GERACI, JR.
11                  UNITED STATES DISTRICT JUDGE

12
                     JAMES P. KENNEDY, JR., ESQ.
13                   United States Attorney
                     BY: ROBERT A. MARANGOLA, ESQ.
14                       CASSIE M. KOCHER, ESQ.
                     Assistant United States Attorneys
15                   500 Federal Building
                     Rochester, New York 14614
16                   Appearing on behalf of the United States

17
                     MAURICE J. VERRILLO, ESQ.
18                   3300 Monroe Avenue
                     Suite 301
19                   Rochester, New York 14618
                     Appearing on behalf of the Defendant
20

21
     ALSO PRESENT:        Nicolas Penchaszadeh, Spanish Interpreter
22

23   COURT REPORTER:      Christi A. Macri, FAPR-RMR-CRR-CSR(NY/CA)
                          Christimacri50@gmail.com
24                        Kenneth B. Keating Federal Building
                          100 State Street, Room 2640
25                        Rochester, New York 14614

# EXHIBIT "A"

786

```
 1   LaForce because someone was killed in the area of Leo and
 2   Burbank?
 3   A.   Yes.
 4   Q.   Did you know about someone getting killed on Leo Street in
 5   January of 2016?
 6   A.   I don't remember the date exactly, but I do know someone
 7   was killed on Leo.
 8   Q.   Okay. And do you know whether Mino was killed?
 9   A.   I don't really know who Mino was.
10   Q.   Okay. Did you know someone named Gargola?
11   A.   I knew two people known by Gargola.  One person who sold
12   on Burbank, one person who was killed on Burbank; and then
13   another Gargola who worked with me at the barber shop who also
14   sold.
15   Q.   So I'm asking about the Gargola that was killed near
16   Burbank.
17   A.   I didn't know him personally.
18   Q.   Did you speak to Obed Torres about that shooting?
19   A.   Yes.
20   Q.   And did Obed say that Domi shot Gargola?
21   A.   Can you repeat the question?
22   Q.   Did you Obed tell you that Domi shot Gargola?
23   A.   Yes.
24   Q.   I believe you testified in your direct that you saw
25   Pistolita almost every day; is that right?
```

878

1   this would be a good time to break.

2              **THE COURT:** Ladies and gentlemen, at this time we'll

3   take a recess until tomorrow morning.  Tomorrow morning we'll

4   begin at 8:30 and proceed until 1:30.

01:33:49PM   5              In the meantime, I'd ask you not discuss the matter

6   or allow anybody to discuss the matter with you.  The jury may

7   step down, we'll stand in recess.  Thank you.

8              (**WHEREUPON**, proceedings adjourned at 1:35 p.m.)

9                          *     *     *

10                   **CERTIFICATE OF REPORTER**

11

12              In accordance with 28, U.S.C., 753(b), I certify that

13   these original notes are a true and correct record of

14   proceedings in the United States District Court for the

15   Western District of New York before the Honorable Frank P.

16   Geraci, Jr. on November 1st, 2021.

17

18   S/ Christi A. Macri

19   Christi A. Macri, FAPR-RMR-CRR-CSR(CA/NY)
     Official Court Reporter
20

21

22

23

24

25

Keyshla Galarza

26 Glor st

Buffalo, NY 14207

716-536-2081

12/30/21


To,

The Honorable Judge Geraci

100 state street 2nd floor, Rochester NY 14614


Hello, my name is Keyshla Galarza. I am Xavier Torres' niece. I have known my uncle Xavier my entire life. He has always been around in my life. I can remember as a little girl going to my grandmother's house (Xaviers Mom) and my uncle was always there to help me with my homework at the time. My uncle Xavier is a very intelligent person. He has always been the type of person to help someone before he helps himself. He is a kind person who would do anything for the people he loves. He has always taken care of his family in the best way that he could. It is my hope that you take my letter as he has plans for his life and deserves a second chance.


Thank you


Keyshla Galarza

(Niece)


# EXHIBIT "B"

Esmeralda Torres                                            December 29, 2021

  443 Busti Ave

Buffalo N.Y 14201

`1-3-22`

Dear the court room. I am the daughter of Xavier Torres. Esmeralda Torres 19 years old. I just had a baby girl December 20th, 2020, I had to surprise my father with the news that I was going to have his first grandchild and he that was going to be a grandpa threw the phone. It very much sucked and he didn't find out until I was due about to give birth because I had no idea how to tell him I was about to have his first grandbaby while he's in prison. I did not want him thinking he would never get the chance to meet her and be depressed in there he describes the place as a cemetery for people who are alive that are taken away from the world. And honestly that couldn't explain prison better. My Daughter just turned one years old this week, how bad it was to not have my father around for that super sad and depressing especially around the holidays. He has yet to meet her. Life in prison?  Will she ever get the chance to meet her grandpa? Will she ever get the chance to know how good he can love, how strong hearted he is? Or even how good of a person he really is? It's been so long without him we miss him so much. I honestly don't know what I'm thinking expressing myself in this letter to the courts as if it will change something, but I can only hope for the best. What I do know is my father is no monster. Everyone thought he would be out before we know it like any other but its going on four years now. The situation breaks me. He has three kids of his own out here in the outside world that could really use him. 19, 18, and 8 years old. And you may thing we are grown but we need daddy, I speak for us all as his oldest I still need him. I hate that my baby brother has been growing up without him. Are father was his superhero and one day we saw him last not knowing it would be the last we saw him, one day he just went away. We just wish he'd come home, meet his grandbaby and have a fresh start. Start his life over with the time he has left. One more chance is all he needs. He is no monster he is human with a family that loves and cares for him and needs him. It's been too long, and we can't forget about grandma his momma just turned seventy-six years old and is clueless about it ALL. The truth will kill her, and no one feels like they can tell her anything. She is sick and getting old all she hopes is that she'll be able to see her son again before her time comes ☹ Just a little message from my mind.

                              Sincerely,

                                 Esmeralda Torres

# EXHIBIT "C"

Sara Rivera Ortiz
919 Lafayette St
Lancaster, PA 17603
717-984-1316
12/27/2021

To,
The Honorable Judge Geraci
100 State Street 2nd Floor, Rochester NY 14614
Judge Geraci

Honorable Jude Geraci

I am Xavier Torres's sister.  I am writing this letter given the guilty verdict to my dear brother Xavier
Torres.  I Have known Xavier Torres my whole life, we grew up together and we were raised by our
mother Maria Ortiz Soto.  Just wanted you to know that u brother is a very humble person and yes, he
has made some mistakes in his life, and he had paid his due to society.  He is a very kind person, and he
loves his family and friends.  He raised 3 kids like they were his own, until this day they call him dad and
they miss him so much. They keep in touch with him when ever is possible and my brother never treated
them differently from his own kids and his son that he has with Ziomara.  My brother anted to move to
PA with me to start a fresh and new life with his family at the time he was arrested.  He loves his family,
his mom, his aunts, his nieces and nephew and his friends.  He never did any harm to anyone and if he
needed to take his clothes off his back to give to who ever needs it he will.  It will devastate us to know
that he won't be given a second chance to restore his family and his life.  We grew up in a Christian
family and we are true believers of God.  My brother has dedicated his life to God while he's been
incarcerated.  We speak often when is possible to know that he has been given a certificate because he
has been giving an example to other inmates by helping them and teaching them the word of God.  He
has been teaching bible studies.  We are just asking a fair sentencing so he can be given a second chance
and he can give his testimony and help others that needs strength, peace and guidance.  We all are
humans, and we all make mistakes, and we all deserve a second chance.  I ask if he can please be
transferred to PA close to where I live, Lancaster PA so we can have the opportunity to spend time with
him and our mom can visit him and my kids.  In general, he is a very humble person. I sincerely vouch for
my brother's good character, his good heart and to consider transferring him to PA when he gets
sentenced.

Thank you

Sincerely yours

Sara Rivera Ortiz
(Sister)

**EXHIBIT "D"**