# LAW OFFICE OF MAURICE J. VERRILLO, P.C.
ATTORNEYS AND COUNSELORS AT LAW

MAURICE J. VERRILLO, ESQ.
LUCY A. BRADO, ESQ.

MAGGIE C. MALOY, LEGAL ASSISTANT
SONYA E. VERRILLO, OFFICE MANAGER

Website:  www.verrillolaw.com

3300 Monroe Avenue, Suite 301
Rochester, NY 14618

Phone:  (585) 232-2640
Fax:    (585) 232-2647

E-mail:  office@verrillolaw.com

MAILED
February 15, 2022



Hon. Frank P. Geraci, Jr.
United States District
Court Judge
100 State Street
Rochester, New York 14614

CONFIDENTIAL MATTER

Re: United States v. Xavier Torres
    #18-cr-06094

Dear Judge Geraci:

In accordance with my recent email with your law clerk, I am enclosing a Notice of Motion relative to the above-matter. The motion references Jencks records associated with the government witness, Victor Nunez which have been subject to the protective order. I am requesting direction from the court whether this motion and attachments should be sealed or subject to e-filing. I have sent the motions directly to the Court in anticipation of direction as to how to proceed.

Thank you for your consideration.

Very truly yours,

Maurice Verrillo

Maurice J. Verrillo
Encs.
pc: AUSA Robert Marangola w/encs.

PLEASE NOTE NEW ADDRESS