Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

Western District of New York

Caption:

United States of America v.

Xavier Torres

Docket No.: 18-CR-6094

Frank Geraci
(District Court Judge)

Notice is hereby given that Xavier Torres appeals to the United States Court of Appeals for the Second Circuit from the judgment [✓], other [ ] _____ (specify)

entered in this action on May 24, 2022.
(date)

This appeal concerns: Conviction only [ ]   Sentence only [ ]   Conviction & Sentence [✓]   Other [ ]

Defendant found guilty by plea [ ]   | trial [✓]   | N/A [ ]

Offense occurred after November 1, 1987?  Yes [✓]   No [ ]   N/A [ ]

Date of sentence: May 19, 2022     N/A [ ]

Bail/Jail Disposition: Committed [✓]   Not committed [ ]   N/A [ ]

Appellant is represented by counsel? Yes [✓]  | No [ ]   If yes, provide the following information:

Defendant's Counsel: Maurice J. Verrillo, Esq.; Lucy Brado, Esq.

Counsel's Address: 3300 Monroe Avenue, Suite 301

Rochester, New York 14618

Counsel's Phone: (585) 232-2640

Assistant U.S. Attorney: Tiffany Lee, Esq.

AUSA's Address: 100 State Street

Rochester, New York 14614

AUSA's Phone: (585) 399-3951

*Maurice Verrillo*
Signature