UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA**                                                18-CR-06094

vs.                               **CERTIFICATE OF SERVICE**

**XAVIER TORRES**

Defendant.

I hereby certify that on, May 24, 2022, I electronically filed the enclosed Notice of Appeal to the court, on behalf of the defendant, Xavier Torres, using the CM/ECF System, which sent notification of such filing to the following:

- Paul J. Vacca, Jr         pvacca99@gmail.com

- Michael J. Tallon        mtallon@tallonlaw.com, jdeatsch@tallonlaw.com

- Maurice J. Verrillo     maurice@verrillolaw.com, lucy@verrillolaw.com, mjvlaw@ecf.courtdrive.com, sonya@verrillolaw.com

- Matthew R. Lembke     matt.lembke@cmllawfirm.com

- Lawrence L. Kasperek     llkasperek@etksdefense.com, Vpellett@etksdefense.com

- Jason E. Abbott         jabbott@fitznunn.com, sadams@fitznunn.com

- James Q. Auricchio     jfqaesq@gmail.com

- Avik K. Ganguly         avik@gangulylaw.com

- Katelyn M. Hartford     katelyn.hartford@usdoj.gov, anna.sedor@usdoj.gov, kathy.santos@usdoj.gov, oksana.dubilevskaya@usdoj.gov, theresa.weir@usdoj.gov

- Cassie M. Kocher        cassie.kocher@usdoj.gov, CaseView.ECF@usdoj.gov, Kathy.Santos@usdoj.gov, Oksana.Dubilevskaya@usdoj.gov, Patricia.B.Reis@usdoj.gov, theresa.weir@usdoj.gov

And I hereby certify that I have mailed the document to the following non-CM?ECF participants using the US Post Office:

- Hon. Frank P. Geraci, Jr., United States Magistrate Judge, 100 State Street, Rochester, New York 14614 (Chambers Copy)

Under the penalty of perjury, I declare that the foregoing is true and correct.

Dates: May 24, 2022                                /s/ Lucy A. Brado
                                                        Lucy A. Brado, Esq.
                                                        LAW OFFICES OF MAURICE J. VERRILLO, P.C.
                                                        3300 Monroe Ave., Suite 301
                                                        Rochester, NY 14618
                                                        (585) 232-2640