1

```
                      UNITED STATES DISTRICT COURT

                      WESTERN DISTRICT OF NEW YORK

 - - - - - - - - - - - - - -X
UNITED STATES OF AMERICA                18-CR-6094(G)

vs.
                                        Rochester, New York
CARLOS FIGUEROA, XAVIER TORRES,         September 10, 2020
AND JEAN KARLOS PIZZARO,                10:16 a.m.
             Defendants.
 - - - - - - - - - - - - - -X


                   TRANSCRIPT OF PROCEEDINGS
            BEFORE THE HONORABLE FRANK P. GERACI, JR.
                  UNITED STATES DISTRICT JUDGE


                       JAMES P. KENNEDY, JR., ESQ.
                       United States Attorney
                       BY: KATYLN HARTFORD, ESQ.
                           CASSIE M. KOCHER, ESQ.
                           ROBERT MARANGOLA, ESQ.
                       Assistant United States Attorneys
                       500 Federal Building
                       Rochester, New York 14614
                       Appearing on behalf of the United States


                       MAURICE J. VERRILLO, ESQ.
                       Appearing on behalf of Xavier Torres

                       MATTHEW LEMBKE, ESQ.
                       Appearing on behalf of Jean Karlos Pizzaro

                       PAUL VACCA, ESQ.
                       Appearing on behalf of Carlos Figueroa


ALSO PRESENT:          Nicolas Penchaszadeh, Spanish Interpreter
                       Jesus Barberia, Spanish Interpreter

COURT REPORTER:        Christi A. Macri, FAPR-RMR-CRR-CSR(NY/CA)
                       Christimacri50@gmail.com
                       Kenneth B. Keating Federal Building
                       100 State Street, Room 2640
                       Rochester, New York 14614
```

```
 1                    P R O C E E D I N G S
 2                           *   *   *
 3                (WHEREUPON, Carlos Javier Figueroa and Xavier
 4   Torres are present in court; Jean Karlos Pizzaro is on the
 5   phone).
 6                THE CLERK: This is 18-CR-6094, USA vs. Carlos
 7   Javier Figueroa and others.
 8                Paul Vacca is here for defendant Carlos Figueroa.
 9                Rob Marangola and Cassie Kocher are here for the
10   Government.
11                MR. MARANGOLA: Ms. Hartford as well.
12                THE CLERK: Nicholas Penchasadeh is here for the
13   defendant as an interpreter.
14                Maurice Verrillo is here for Xavier Torres.
15                Matt Lembke is here for defendant on the phone Jean
16   Karlos Pizzaro.
17                Jesus Barberia is here to interpret.
18                We're here for status.
19                THE COURT: Are you Carlos Figueroa?
20                DEFENDANT FIGUEROA: Yes.
21                THE COURT: He's present.  Are you Xavier Torres?
22                DEFENDANT TORRES: Yup.
23                THE COURT: Are you Jean Karlos Pizzaro?
24                DEFENDANT PIZZARO: Yes, Your Honor.
25                THE COURT: This was on for status.  We have set a
```

```
 1  jury trial date of January 4th, '21.
 2              The parties indicated that the trial could take up
 3  to four months.  We're blocking off that time period.
 4              Mr. Marangola?
 5              MR. MARANGOLA:  Judge, the Court I think had set
 6  today's appearance to give the parties one final opportunity
 7  to attempt to engage in plea negotiations.
 8               And I think we had advised the Court at our last
 9  proceeding we intended to -- we were continuing with the grand
10  jury investigation, and that we were looking toward a final
11  superseding indictment.
12              I can tell the Court that since our last appearance
13  I've had numerous conversations with each of the three
14  attorneys representing the remaining defendants in this case,
15  and at this point it does not look like we are going to have
16  any further pleas from these defendants.
17              I can tell the Court also that we have continued
18  the grand jury presentations and that we expect probably in
19  the next couple of weeks that we'll have a superseding
20  indictment, which will still be obviously quite aways away
21  from the actual trial date, but at least as of right now we do
22  not anticipate adding any new defendants and that it will just
23  be limited to the three people that are currently before the
24  Court.
25              THE COURT:  Do you anticipate additional charges or
```

                1  what?
                2           **MR. MARANGOLA:** Yes, yes, we anticipate -- and I
                3  can't of course say finally what they ultimately will be, but
                4  we anticipate at least another firearms related offense and
02:15:29PM      5  two -- potentially two homicide charges.  Those will be four
                6  murders that were committed during the charged conspiracy.
                7           **THE COURT:** Okay, thank you.
                8           Mr. Vacca, is what Mr. Marangola said correct and
                9  Mr. Figueroa is not interested in any disposition?
02:15:50PM     10           **MR. VACCA:** That is correct, Your Honor.  I've
               11  spoken to my client on a number of occasions.  I've spoken to
               12  Mr. Marangola, and my client steadfastly maintains his
               13  innocence.
               14           **THE COURT:**  Mr. Verrillo, is it the same way with
02:16:03PM     15  Mr. Torres?
               16           **MR. VERRILLO:** Yes, Your Honor.  I've had extensive
               17  discussions with my client about the situation and we wish to
               18  proceed with trial.
               19           **THE COURT:** Okay.  And, Mr. Lembke, regarding
02:16:13PM     20  Mr. Pizzaro?
               21           **MR. LEMBKE**:  Yes, Your Honor.
               22           **THE COURT:** Okay, great.  Then the trial date will
               23  remain January 4th, '21.  We'll take no dispositions then from
               24  this day forward.
02:16:24PM     25           We'll put the matter on for pretrial conference on

```
  1   November 13th, 2 p.m.
  2               MR. VACCA:  What day, Judge?
  3               THE COURT:  November 13th, 2 p.m.
  4               MR. VACCA:  Judge, I start a month long murder trial
  5   before Justice Sinclair in Supreme Court on the 2nd of
  6   November and it's expected to go for three weeks or four
  7   weeks.
  8               THE COURT:  All day?
  9               MR. VACCA:  Well, on Tuesdays in the morning.  At
 10   least on Tuesday she's off.
 11               THE COURT:  Okay.  We'll have you come in on
 12   Tuesday.  Tuesday, November 12th, 11 a.m. pretrial conference.
 13               MR. MARANGOLA:  Judge, I have Tuesday,
 14   November 10th.
 15               THE COURT:  10th, I'm sorry.
 16               MR. VACCA:  November 10th?
 17               THE COURT:  10th.
 18               MR. LEMBKE Judge, hold on before we set that.  I am
 19   scheduled to start trial in Buffalo before Judge Sinatra on
 20   Monday the 2nd.  And the trial I expect to take one week and
 21   if it holds over for, you know, jury deliberations, it could
 22   lead into the 10th.
 23               THE COURT:  Okay, we'll leave it on the 10th for
 24   now.  Obviously things happen, I understand  if we need to
 25   move it.  There's plenty of time between then and the trial
```

6

1   date, but I want to have the pretrial conference sufficient
2   time in advance in case there are any issues that need to be
3   dealt with for all the counsel.  We can be flexible.
4           **MR. LEMBKE:** I understand.
02:17:54PM 5           **MR. VACCA:** What time again, Judge?
6           **THE COURT:** November 10th, 11 a.m.
7           **MR. VACCA:** Thank you.
8           **THE COURT:** Okay, great.  Thank you.
9           **MR. MARANGOLA:** Thank you, Judge.
02:18:03PM 10          **MR. VACCA:** Thank you.
11          **MR. LEMBKE** thank you.
12          (**WHEREUPON**, proceedings adjourned at 2:18 p.m.)
13                           *   *   *
14                    **CERTIFICATE OF REPORTER**
15
16      In accordance with 28, U.S.C., 753(b), I certify that
17  these original notes are a true and correct record of
18  proceedings in the United States District Court for the
19  Western District of New York before the Honorable Frank P.
20  Geraci, Jr. on September 10th, 2020.
21
22  S/ Christi A. Macri
23  Christi A. Macri, FAPR-RMR-CRR-CSR(CA/NY)
    Official Court Reporter
24
25