1

1              UNITED STATES DISTRICT COURT

2              WESTERN DISTRICT OF NEW YORK

3

4

5   - - - - - - - - - - - - -X
    UNITED STATES OF AMERICA              18-CR-6094(G)

6   vs.

7                                        Rochester, New York
    XAVIER TORRES,                       September 20, 2021

8              Defendant.               3:37 p.m.
    - - - - - - - - - - - - - -X

9

10                    TRANSCRIPT OF PROCEEDINGS
              BEFORE THE HONORABLE FRANK P. GERACI, JR.

11                  UNITED STATES DISTRICT JUDGE

12

                      JAMES P. KENNEDY, JR., ESQ.
13                    United States Attorney
                      BY: ROBERT A. MARANGOLA, ESQ.
14                       CASSIE M. KOCHER, ESQ.
                      Assistant United States Attorneys
15                    500 Federal Building
                      Rochester, New York 14614
16                    Appearing on behalf of the United States

17

                      MAURICE J. VERRILLO, ESQ.
18                    3300 Monroe Avenue
                      Suite 301
19                    Rochester, New York 14618
                      Appearing on behalf of the Defendant

20

21

22

23   COURT REPORTER:      Christi A. Macri, FAPR-RMR-CRR-CSR(NY/CA)
                          Christimacri50@gmail.com
24                        Kenneth B. Keating Federal Building
                          100 State Street, Room 2640
25                        Rochester, New York 14614

<u>**P R O C E E D I N G S**</u>

\*   \*   \*

(**WHEREUPON**, the defendant is present).

**THE CLERK:** This is the matter of 18-CR-6094, United States vs. Xavier Torres.

**THE COURT:** Are you Xavier Torres?

**THE DEFENDANT:** Yes, sir.

**THE COURT:** Appear with your attorney Mr. Verrillo.

Mr. Marangola is here on behalf of the Government with Ms. Kocher.

This matter was on regarding rescheduling of the trial.

Mr. Marangola, do you want to be heard?

**MR. MARANGOLA:** Yes, Judge.  I understand that the trial that Judge Siragusa had was originally set for, I believe, October 18th has been moved so that there would not be an issue, I believe, with the jury selection during that time period.

So I guess my request -- I know Ms. Rand sent an e-mail about rescheduling this matter to potentially the 28th.

**THE COURT:** That was just an error.

**MR. MARANGOLA:** And so I -- if it's possible to move our date from -- we have it originally, I believe, on the Tuesday after Columbus Day, I believe that's the 12th.  And then the Court advanced it because of the potential concern

1  about picking a jury with Covid.

2         I was hoping that we could move it back to either

3  the 18th -- the week of the 18th, or if possible the 25th,

4  Monday the 25th.  I spoke to Mr. Verrillo and he's okay with

03:38:39PM 5  either of those timeframes.  That would assist us in preparing

6  our witnesses.

7         I have provided the *Jencks*, so Mr. Verrillo would

8  be in possession of that material for an extra week or so, but

9  that would be our request, Judge.

03:38:52PM 10         **THE COURT:** Mr. Verrillo?

11         **MR. VERRILLO:** My speaker is not on.  It is?  Okay,

12  I'm sorry.

13         Your Honor, I did receive the message from Ms. Rand

14  and I would -- obviously I'm preparing for the trial.  I would

03:39:08PM 15  prefer the 25th, if the Court would consider that, to get

16  started.

17         **THE COURT:** Well, it was scheduled for the 12th.  We

18  moved it up because the situation we're in we can't select

19  more than one jury at a given time and that's why I asked

03:39:24PM 20  counsel to be available on the 7th to select this jury.  Both

21  counsel were accommodating for that, so I appreciate that.

22         The 18th was not available because Judge Siragusa

23  had a trial that my understanding has been moved to January or

24  December, I can't remember which.

03:39:41PM 25         So the 18th is available now and I'd like to do it

1  then so we can block off four weeks, if we need to.  As I

2  indicated, I'm going to be gone the end of November, so if we

3  can do it January (sic) 18th, 8:30 for jury selection.

4           **MR. VERRILLO:** You're saying October?  Is it

03:39:58PM 5  October?

6           **THE COURT:** What did I say?

7           **MR. VERRILLO:**  January.

8           **THE COURT:** October.  I misspoke.  October.  October

9  18th at 8:30, okay?

03:40:07PM 10           **MR. MARANGOLA:** Yes.

11           **THE COURT:** All right.  Any objection to excluding

12  any speedy trial time between the previous date, the 7th, and

13  that date?

14           **MR. VERRILLO:** No objection, Your Honor.

03:40:21PM 15           **THE COURT:** Okay, okay.  Based upon everyone's

16  schedule, in order to properly prepare -- as Mr. Verrillo

17  indicated, he does need additional time to prepare as well,

18  the time up to October 18th will be excluded in the interest

19  of justice.  Thank you.

03:40:38PM 20           **MR. VERRILLO:** Judge, I'm sorry.  With respect to

21  the calender, I have a few dates in November that I have some

22  issues with.  Should I just send you a letter?  I don't know

23  how you want to deal with it.

24           **THE COURT:** What dates are those?

03:40:50PM 25           **MR. VERRILLO:** Well, I have -- I'm assuming we'd go

1  to 1:30 on these days?

2          THE COURT: What's that?

3          MR. VERRILLO: I would assume we're going to go

4  through 1:30 each of these days is our plan?

03:41:01PM 5          THE COURT: Yes.

6          MR. VERRILLO:  I did have a matter in Cheektowaga

7  Court at 11:30 on the 8th.  It's a motion.

8          THE COURT: November 8th?

9          MR. VERRILLO: Yes.

03:41:11PM 10          THE COURT: What time is that?

11          MR. VERRILLO: At 11:30.

12          THE COURT: So you'd not be available that day?

13          MR. VERRILLO: Well, I also have a hearing that

14  afternoon, but I wasn't assuming anything with that because of

03:41:32PM 15  the way the Court was.

16          THE COURT: You have a hearing that afternoon?

17          MR. VERRILLO: Yes.

18          THE COURT: In that county?

19          MR. VERRILLO: Yes.  It's actually a virtual one in

03:41:40PM 20  Monroe County at 2 o'clock.

21          THE COURT: Okay, I guess I'm confused.  What did

22  you say about 11:30 on November 8th?

23          MR. VERRILLO: I have a matter in -- let me make

24  sure I give you the right -- I have a matter in Cheektowaga

03:41:52PM 25  Town Court.  There are two separate matters; one matter is on

1   for argument of motions in Cheektowaga Town Court at 11:30.

2           THE COURT:  Is that virtual as well?

3           MR. VERRILLO: In person as I understand it, but I

4   can call them and see if they have any other options.

03:42:06PM 5           THE COURT: Then you have a 2 o'clock that same day?

6           MR. VERRILLO: Yes.

7           THE COURT: Maybe we can just proceed for -- how

8   long does it take you to get to that county if you need to go?

9           MR. VERRILLO: Cheektowaga is outside of Buffalo, so

03:42:21PM 10  probably an hour and a half or so.

11          THE COURT: Maybe we won't be in session that day.

12  We'll wait and see, maybe we can avoid that day if we're

13  moving -- if we're doing well, we may be available to avoid

14  that date all together.

03:42:34PM 15          MR. VERRILLO: I did have a matter with Judge

16  Vazzana on the 15th and the 17th from 10 to 4:30.  So I can

17  see if he would give us an afternoon.  It's --

18          THE COURT: The 15th and 17th of November? We'll be

19  done by then.

03:42:49PM 20          MR. VERRILLO: We're going to be done before that

21  then?   That would be good then, okay.

22          THE COURT: Don't worry about that.  We'll be done,

23  even if we have to go full days to get done, we're going to

24  get done, okay?  All right.  Thank you.

03:43:00PM 25          (**WHEREUPON**, proceedings adjourned at 3:43 p.m.)

1                          *    *    *

2                   **CERTIFICATE OF REPORTER**

3

4           In accordance with 28, U.S.C., 753(b), I certify that

5    these original notes are a true and correct record of

6    proceedings in the United States District Court for the

7    Western District of New York before the Honorable Frank P.

8    Geraci, Jr. on September 20th, 2021.

9

10   S/ Christi A. Macri

11   Christi A. Macri, FAPR-RMR-CRR-CSR(CA/NY)
     Official Court Reporter
12

13

14

15

16

17

18

19

20

21

22

23

24

25