```
                                                                    1




                      UNITED STATES DISTRICT COURT

                     WESTERN DISTRICT OF NEW YORK




- - - - - - - - - - - - - -X
UNITED STATES OF AMERICA              18-CR-6094(G)

vs.
                                      Rochester, New York
XAVIER TORRES,                        January 14, 2022
            Defendant.                2:06 p.m.
- - - - - - - - - - - - - -X


                    TRANSCRIPT OF PROCEEDINGS
           BEFORE THE HONORABLE FRANK P. GERACI, JR.
                  UNITED STATES DISTRICT JUDGE


                      JAMES P. KENNEDY, JR., ESQ.
                      United States Attorney
                      BY: ROBERT A. MARANGOLA, ESQ.
                          CASSIE M. KOCHER, ESQ.
                      Assistant United States Attorneys
                      500 Federal Building
                      Rochester, New York 14614
                      Appearing on behalf of the United States


                      MAURICE J. VERRILLO, ESQ.
                      3300 Monroe Avenue
                      Suite 301
                      Rochester, New York 14618
                      Appearing on behalf of the Defendant


ALSO PRESENT:        Kerry Chartier, U.S. Probation Office



COURT REPORTER:      Christi A. Macri, FAPR-RMR-CRR-CSR(NY/CA)
                     Christimacri50@gmail.com
                     Kenneth B. Keating Federal Building
                     100 State Street, Room 2640
                     Rochester, New York 14614
```

```
 1                    P R O C E E D I N G S
 2                           *   *   *
 3              (WHEREUPON, the defendant is present via Zoom).
 4              THE CLERK: This is 18-CR-6094, U.S. vs. Xavier
 5    Torres.
 6              Rob Marangola is here for the Government.
 7              Maurice Verrillo is here for defendant.
 8              Kerry Chartier is here from Probation.
 9              Mr. Torres appears today from the Monroe County
10    Jail for a status.
11              THE COURT: Are you Xavier Torres?
12              THE DEFENDANT:  Yes, sir.
13              THE COURT: Can you hear us okay?
14              THE DEFENDANT: Yes, Your Honor.
15              THE COURT:  Are you consenting to have this matter
16    heard by way of video conference?
17              THE DEFENDANT: Yes, Your Honor.
18              THE COURT: Okay.  I do remind the parties they
19    cannot rebroadcast, reproduce or record any part of this
20    hearing.  To do so would violate the Court's order, could
21    result in a contempt of court.
22              Mr. Marangola, I think this at was your request?
23              MR. MARANGOLA: I'm sorry, Judge?
24              THE COURT: You requested this appearance today?
25              MR. MARANGOLA: Yes, Judge, that's correct.  The
```

1  Probation Office has filed the report in this case.

2           Mr. Verrillo, on behalf of the defendant, has filed
3  some objections to that, namely, with regard to guidelines
4  calculation and the assigning of the base offense level of 43
5  based on the defendant's involvement in the numerous murders
6  that were perpetrated by this conspiracy.

7           Given that, we would be prepared, Your Honor, to
8  put forth evidence of the defendant's involvement in -- his
9  direct involvement and personal involvement in at least one
10 murder, that being the murder of John Gonzalez, that occurred
11 in Buffalo.  As the Court may recall, there was testimony
12 about that at the trial.

13          We would be prepared to call the defendant's
14 accomplice in that murder, Victor Nunez, to testify to the
15 defendant's direct and specific involvement in that murder,
16 which would be additional support for the guideline
17 enhancement that's set forth in the presentence report.

18          So I'd request that the Court maintain today as a
19 status date basically for scheduling so that we could schedule
20 that matter for a sentencing hearing, if the Court would agree
21 to that.

22          **THE COURT:** Okay, Mr. Verrillo, do you want to be
23 heard?

24          **MR. VERRILLO:** Judge, I did talk to my client about
25 that request.  And I think the Court had quite a bit of

```
 1  testimony to consider, so we would submit that we don't think
 2  a sentencing hearing is needed.  But if it's going to be
 3  directed then, we would like to have some specific parameters
 4  as to what is going to be involved.
 5              THE COURT:  Okay.  But you're objecting to that
 6  enhancement; is that correct?
 7              MR. VERRILLO:  Yes, Judge.
 8              THE COURT:  All right, I think it would make sense
 9  to have a hearing regarding that issue.  So we'll put the
10  matter on for March 8th at 2 p.m.
11              Mr. Marangola, how many witnesses do you expect?
12  Just the one?
13              MR. MARANGOLA:  Yes, Judge.  I would expect just the
14  one.  I'll double check that.  We don't -- there is a
15  potential we could call a second witness, but I was planning
16  most likely on just Mr. Nunez.
17              MR. VERRILLO:  Judge, I have a trial on the 8th.  If
18  we could have another date that week?
19              THE COURT:  Okay.  How about the 7th, the day
20  before?
21              MR. VERRILLO:  I have two days, the 7th and 8th.
22  I'm available the 10th, 11th.
23              THE COURT:  I'm not.
24              MR. VERRILLO:  Or the 16th, the week after.
25              THE COURT:  How about the -- you say you're
```

```
 1  available on the 15th?
 2              MR. VERRILLO: Give me one second, let me get my
 3  calender up here.
 4              THE COURT: 15th or 16th of March.
 5              MR. VERRILLO: I'm available definitely on the 16th.
 6              THE COURT: Let's do that.
 7              MR. MARANGOLA: I'm available the 16th.
 8              THE COURT: March 16th, 3 p.m.  I'm on trial that
 9  day.  3 p.m., March 16th, 3 p.m. for a hearing.
10              MR. VERRILLO: Judge, that will be in person for the
11  hearing?
12              THE COURT: Yes.
13              MR. VERRILLO: Okay.
14              THE COURT: Okay.
15              MR. MARANGOLA: 3 p.m. on the 16th then?
16              THE COURT: We'll reset the sentencing date after
17  that, after the hearing, okay?
18              MR. MARANGOLA: All right, Judge.  I'll let the
19  Court and Mr. Verrillo know if we plan to call anyone in
20  addition to Mr. Nunez.
21              We provided Mr. Nunez's *Jencks* previously before
22  the trial.  But in the event that we anticipate calling one
23  other pertinent -- one other witness, we'll let the Court
24  know.
25              THE COURT: Okay, great.  Anything further?
```

```
         1              MR. MARANGOLA:  No, Judge.  Thank you very much.
         2              THE COURT:  Mr. Verrillo?
         3              MR. VERRILLO:  Thank you, Judge.
         4              THE COURT:  Thank you.  Have a good day everybody.
02:11:41PM 5            MR. MARANGOLA:  All right, bye-bye.
         6              (WHEREUPON, proceedings adjourned at 2:11 p.m.)
         7                            *    *    *
         8                      CERTIFICATE OF REPORTER
         9
        10         In accordance with 28, U.S.C., 753(b), I certify that
        11  these original notes are a true and correct record of
        12  proceedings in the United States District Court for the
        13  Western District of New York before the Honorable Frank P.
        14  Geraci, Jr. on January 14th, 2022.
        15
        16  S/ Christi A. Macri
        17  Christi A. Macri, FAPR-RMR-CRR-CSR(CA/NY)
            Official Court Reporter
        18
```