UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA 18-CR-6094(G)

vs.

Rochester, New York

XAVIER TORRES, March 31, 2022

Defendant. 11:07 a.m.

- - - - - - - - - - - - - - -X

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE FRANK P. GERACI, JR.
UNITED STATES DISTRICT JUDGE

JAMES P. KENNEDY, JR., ESQ.
United States Attorney
BY: ROBERT A. MARANGOLA, ESQ.
CASSIE M. KOCHER, ESQ.
Assistant United States Attorneys
500 Federal Building
Rochester, New York 14614
Appearing on behalf of the United States

MAURICE J. VERRILLO, ESQ.
3300 Monroe Avenue
Suite 301
Rochester, New York 14618
Appearing on behalf of the Defendant

ALSO PRESENT: Jesus Barberia, Spanish Interpreter

COURT REPORTER: Christi A. Macri, FAPR-RMR-CRR-CSR(NY/CA)
Christimacri50@gmail.com
Kenneth B. Keating Federal Building
100 State Street, Room 2640
Rochester, New York 14614

**I N D E X**

**WITNESS FOR THE GOVERNMENT**

Luis Rosario
Direct-examination by Mr. Verrillo Page 4
Cross-examination by Mr. Marangola Page 9

| EXHIBIT | RECEIVED |
| --- | --- |
| Defendant 118-120 | 9 |

**P R O C E E D I N G S**

* * *

(**WHEREUPON**, the defendant is present).

**THE CLERK:** 18-CR-6094, U.S. vs. Xavier Torres.

11:07:55AM Rob Marangola and Cassie Kocher are here for the Government.

Maurice Verrillo is here with defendant.

Jesus Barberia is here today as our interpreter.

Mr. Torres appears today for a continuation of the sentencing hearing.

11:08:07AM

Jesus, I'm going to swear you in now.

(**WHEREUPON**, the interpreter was sworn).

**THE COURT:** Are you Xavier Torres?

**THE DEFENDANT:** Yes, Your Honor.

11:08:24AM **THE COURT:** Okay. This matter's on for continuation of the hearing. I believe the Government indicated they had no additional witnesses; is that correct?

**MR. MARANGOLA:** Correct, Your Honor.

**THE COURT:** Mr. Verrillo?

11:08:32AM **MR. VERRILLO:** Your Honor, I would at this time call Luis Rosario.

**DEFENDANT'S WITNESS, LUIS ROSARIO, SWORN**

**DIRECT EXAMINATION**

**THE CLERK:** Would you please state your name and spell your last name for the record?

11:09:22AM

**THE WITNESS:** Luis Rosario. I cannot do that.

**THE CLERK:** You can have a seat right up here.

**THE COURT:** You may proceed.

**BY MR. VERRILLO:**

11:10:25AM Q. Good morning, Mr. Rosario.

A. Good morning.

Q. What is your relationship to Xavier Torres?

A. He's my son.

Q. Okay. Do you see him in the courtroom?

11:10:53AM A. He's over there.

Q. Okay. All right.

**MR. VERRILLO:** I'd ask the record reflect he pointed to his son.

**THE COURT:** Yes, the record will note the identification of the defendant.

11:11:00AM

**BY MR. VERRILLO:**

Q. Mr. Rosario, how old are you?

A. 72. I will be 73 in July.

Q. Okay. Do you have children?

11:11:22AM A. Yes, I have totally six kids.

Q. And what are their names and ages?

A. Linda Torres is 43 years old. Edes (ph) Torres, I do not remember the age. Jose Luis, he's like around 40. And Marina is around 45. Then comes Xavier.

11:12:47AM I have two younger ones others, one is Juliana

Rosario because I changed my last name. The other one is Mary Rosario.

Q. Okay. Where do you reside?

A. In Buffalo.

11:13:31AM Q. Okay. Do you have an address where you reside?

A. Mariner Towers, One Mariner Tower, apartment 103.

Q. Okay. Was that One Mariner Towers?

A. Yes, correct.

Q. Okay. And who do you reside with?

11:14:08AM A. With my spouse.

Q. Okay. And how long have you and your spouse resided at Mariner Towers in Buffalo, New York?

A. I was living first, then I move out, then I move back. I been living there for another 15 years.

11:14:48AM **MR. MARANGOLA:** I'm sorry, I didn't understand that. Could you repeat the answer?

**THE WITNESS:** I initially lived there for 15 years, then I move out, and then I move back again to the same towers and I been living there for another 15 years.

11:15:04AM **THE COURT:** Did you say 15 and 15?

**THE INTERPRETER:** 15 and 15.

**THE COURT:** Thank you.

**BY MR. VERRILLO:**

Q. Where is your apartment complex located in Buffalo?

11:15:13AM A. In the Mariner.

Q. When was the last time that you had contact with Xavier?
A. He frequently visited me before he got in prison, and he's my son so he's always welcome to come and visit me.
Q. In June 2016 where did you reside?
11:16:01AM A. In Mariner Towers.
Q. Are you familiar with Prospect Street in Buffalo?
A. Yes, yes. I live 50 years in Buffalo.
Q. Did you reside at 299 Prospect Street in June 2016?
A. That's not possible because I was living in Mariner Tower for the last 15 years.
11:16:54AM
Q. Okay. Did you visit 299 Prospect Street on or about June 6th, 2016?
A. Yeah, I have acquaintances on that street. Perhaps I was there.
11:17:25AM Q. How is your health?
A. I'm feeling in perfect condition.
Q. Did you have any health issues in June 2016?
A. No. I've always been a very healthy and strong man. You can see it.
11:17:54AM Q. Did you need to use an oxygen tank in June 2016?
A. Never.

**MR. MARANGOLA:** I'm sorry. What was the answer?

**THE INTERPRETER:** Never.

**BY MR. VERRILLO:**

11:18:08AM Q. Okay. Do you know an individual by the name of Victor

Nunez?

A. No, I do not know him, no.

Q. Do you know an individual by the name of John Gonzalez?

A. Neither.

Q. Okay.

**MR. VERRILLO:** Your Honor, I would like to show the witness some photographs.

**BY MR. VERRILLO:**

Q. Sir, I'm showing you what has been marked as Exhibit 119, which was previously Trial Exhibit No. 7. Do you know the individual shown in Exhibit 118?

A. I never seen this person.

**THE COURT:** Okay. You said two different numbers. Which one are you talking about?

**MR. VERRILLO:** I used Exhibit 118, Your Honor.

**THE COURT:** You said 119 originally. You're talking about 118?

**MR. VERRILLO:** Yes, Judge.

**BY MR. VERRILLO:**

Q. I want to show you what has been marked as Defendant's Exhibit 119. Do you know the individual depicted in Exhibit 119?

A. Neither, I never seen him.

Q. Okay. Now, sir, I'm going to show you what is marked as Exhibit 120. My question, sir, is that appears to be a house,

correct?

A. Yes.

Q. Did you live at that house in June of 2016?

A. No, no, it's not possible. I live in Mariner Towers. My youngest -- my daughter was born in the Mariner Towers, and she's nine years old.

Q. Mr. Rosario, when were you first contacted about whether you were present or not at 299 Prospect Street in June of 2016?

A. I never live there. I never was asked about that place.

Q. Okay. Sir, isn't it true that I had recently contacted you in this case?

A. Yes, yes.

Q. Okay. Had you been contacted by law enforcement regarding this case prior to the time that I contacted you?

A. There was a good person went to my house, very humble person, very good person went to my house before I -- I came here.

Q. Now, since Xavier has been incarcerated, have you visited him in jail?

A. No, no, I haven't had the opportunity to go and visit him. I was able to send him some money, but I have not seen him.

**MR. VERRILLO:** Your Honor, for purposes of the hearing I would offer Exhibit 118, 119 and 120.

**MR. MARANGOLA:** No objection, Judge.

 **THE COURT:** Exhibits 118, 119 and 120 will be received in evidence.

(**WHEREUPON**, Defendant Exhibits 118-120 were received into evidence).

11:23:13AM **MR. VERRILLO:** No further questions, Judge.

**THE COURT:** Thank you.

**CROSS-EXAMINATION**

**BY MR. MARANGOLA:**

Q. Sir, what exactly is your name?

11:23:29AM A. Luis Rosario.

Q. And what's your date of birth?

A. 7/16/50.

Q. July 16, 1950?

A. Yes.

11:23:53AM Q. Did you testify earlier that you changed your name at some point?

A. At some point I was Luis Torres when I came to this country, but I -- I was never recognized by my father Torres.

When I went to apply for welfare, it was discovered 11:24:52AM that my father was -- never recognized me on my birth certificate. So they changed my name to Luis Rosario. Rosario is my mother's last name.

Q. And when was that?

A. Exactly I cannot remember. It was many years ago. I was 11:25:26AM perhaps 25 years old. It was like 30 years ago.

Q. Okay. Mr. Rosario, you love your son?

A. Every father loves their son.

Q. Well, you don't want to see your son spend the rest of his life in prison, correct?

11:26:04AM A. Nobody wants that.

Q. I'm not asking about other people. I'm asking about you.

A. Yes, yes.

Q. All right. Now, Mr. Verrillo asked you when the last time you spoke to your son was. I didn't understand what your 11:26:19AM answer was. Can you tell us when the last time you spoke to your son Xavier Torres?

A. Like a few weeks before he was in custody. He went to my house because he usually came to see his sisters.

Q. And what's his sisters' name?

11:27:12AM A. Juliana and Mary.

Q. And that was a few weeks before he was arrested?

A. Yes.

Q. And what was that date?

A. I cannot remember exactly when it was. I do not remember 11:27:46AM exactly the days. I do not remember things well, and I do not write down things on the calender.

Q. Do you remember the month and the year?

A. No, not the month. It was a few weeks -- some weeks before he was arrested.

11:28:16AM Q. Okay. Now, you were aware that your son was involved in

selling heroin for a number of years; is that right?

A. I didn't know anything about that. I do not spend time on the streets. I just go, do my shopping, and go back to my home and I just stay home.

11:28:55AM Q. All right. So you were not familiar with what your son's activities were while he was in the streets; is that fair to say?

A. I do not know activities of my son on the street. I do not go out because I have an accident, a car accident. I got 11:29:35AM a broken leg and I have difficulty walking, so I stay home.

Q. Okay. So you're -- then you're not familiar with the people that your son was selling drugs with?

A. I didn't know anything about that, no.

Q. Okay.

11:29:59AM A. I never saw -- I never saw him doing it, so I cannot -- I cannot say anything.

Q. When was the accident that you just mentioned?

A. The accident occurred 1975. And as a consequence of that injury, I have several operations. My last one was two years 11:30:46AM ago.

Q. When was it that you used an oxygen tank?

**MR. VERRILLO:** Objection. Objection.

**THE COURT:** Overruled.

**THE WITNESS:** Never in my life. I don't need it, I 11:31:06AM never use it.

**BY MR. MARANGOLA:**

Q. So you've never used an oxygen tank at any point in your life?

A. Never.

11:31:15AM Q. And Mr. Verrillo asked you about Prospect Street in Buffalo. I think he probably meant Prospect Avenue. Do you know Prospect Avenue in Buffalo?

A. Yes, I lived on that street. I live around for many years.

11:31:46AM Q. And you lived right around the corner from Prospect Avenue in Buffalo, right?

A. Yes.

Q. And you have associates or friends that live on Prospect Avenue?

11:32:06AM A. Yes, yes, I do have acquaintances that live there, I can say that.

Q. And you have been over on Prospect Avenue yourself, correct?

A. I walk by and if I see a friend that talk to me, I will

11:32:33AM talk to him back.

Q. Okay. Mr. Rosario, do you know any of the defendants' sisters? He has some half sisters; is that correct?

A. Yes, they are my daughters.

Q. Does he have any siblings from his mother who are not your

11:33:25AM children?

A. Can you repeat the -- can you repeat the question, please?
Q. Sure. The defendant's mother, her name is Maria Ortiz; is that right?
A. Yes.
11:33:53AM Q. And Ms. Ortiz has had other children other than the defendant; is that correct?
A. Yes, one more.
Q. And who is that child?
A. Her name is Sarah.
11:34:18AM Q. Sarah Rivera; is that right?
A. I do not know. The mother knows the last name.
Q. When you say -- are you pointing at someone in court?
A. The mother is here in court.
Q. Xavier's mother is in court?
11:34:42AM A. Yes.
Q. Okay. Did you know for a time that the defendant was living in Rochester, New York?
A. I see the jail is here in Rochester, isn't it?
Q. I'm asking before he was arrested, did you know if the defendant was living in Rochester?
11:35:12AM
A. Perhaps. I do not have -- I do not know how to explain that because he was living in Buffalo. Now that he's in jail he's in, he's here.
Q. Okay.
11:35:54AM **MR. MARANGOLA:** I don't have any further questions.

Thank you, Judge.

**MR. VERRILLO:** Nothing further, Your Honor.

**THE COURT:** You may step down. Thank you.

(**WHEREUPON**, the witness was excused).

11:36:10AM **THE WITNESS:** Thank you.

**THE COURT:** Thank you, have a good day.

Mr. Verrillo, do you have any additional testimony?

**MR. VERRILLO:** I have no additional testimony, Your Honor.

11:36:30AM I did prepare the subpoenas, which I know we were trying to get e-mailed about the records that the Court would consider of the witness. So that's the only thing that remains.

**THE COURT:** You have those?

11:36:41AM **MR. VERRILLO:** I have prepared them. Apparently my associate had sent a copy to Mr. Ryck, which we haven't, but I can get them.

**THE COURT:** I haven't seen them.

**MR. VERRILLO:** Okay. I think there was a problem 11:36:54AM with e-filing it, so that's why. I can get that to the Court and to counsel.

**THE COURT:** Okay. You're not going to have any additional proof?

**MR. VERRILLO:** That's correct.

11:37:02AM **THE COURT:** The Government will have no additional

proof?

**MR. MARANGOLA:** No, Your Honor.

**THE COURT:** So as soon as I get those subpoenas, get those records into me and we'll put it down for a -- how about we put the matter back on for April 27th, 3 p.m.? I'll have a chance to review those records and review the testimony as well, okay?

**MR. MARANGOLA:** Thank you.

**MR. VERRILLO:** Thank you, Judge.

**THE COURT:** We'll hold off sentencing until after I make a determination on this. Thank you.

**MR. VERRILLO:** Thank you.

(**WHEREUPON**, proceedings adjourned at 11:38 a.m.)

* * *

**CERTIFICATE OF REPORTER**

In accordance with 28, U.S.C., 753(b), I certify that these original notes are a true and correct record of proceedings in the United States District Court for the Western District of New York before the Honorable Frank P. Geraci, Jr. on March 31st, 2022.

S/ Christi A. Macri

Christi A. Macri, FAPR-RMR-CRR-CSR(CA/NY)
Official Court Reporter