```
UNITED STATES  DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-----------------------------x        18-CR-6094(FPG)
UNITED STATES OF AMERICA,

vs.
                                      Rochester, New York
XAVIER TORRES,                        September 15, 2021
            Defendant.                3:09 p.m.
-----------------------------x
```
**PRETRIAL CONFERENCE**

```
              TRANSCRIPT OF PROCEEDINGS
         BEFORE THE HONORABLE FRANK P. GERACI
             UNITED STATES DISTRICT JUDGE



                   JAMES P. KENNEDY, ESQ.
                   United States Attorney
                   BY:  ROBERT A. MARANGOLA, AUSA
                   BY:  CASSIE M. KOCHER, AUSA
                   100 State Street
                   Suite 500
                   Rochester, New York 14614

FOR DEFENDANT:     MAURICE J. VERRILLO, ESQ.
                   3300 Monroe Avenue
                   Suite 301
                   Rochester, New York 14618




COURT REPORTER:    Diane S. Martens
                   dimartens55@gmail.com
```

|   |   |
|---|---|
|   | 1         **P R O C E E D I N G S** |
|   | 2                    *           *           * |
|   | 3 |
|   | 4     (**WHEREUPON**, the defendant is present.) |
| 3:09PM | 5     **THE CLERK:**  This is 18-CR-6094, U.S. vs. Xavier Torres. |
|   | 6     Rob Marangola and Cassie Kocher are here for the |
|   | 7  government. |
|   | 8     Maurice Verrillo is here for defendant. |
|   | 9     Mr. Torres appears today for a pretrial conference. |
| 3:10PM | 10    **THE COURT:**  Are you Xavier Torres? |
|   | 11    **THE DEFENDANT:**  Yes, your Honor. |
|   | 12    **THE COURT:**  Mr. Torres appears with his attorney. |
|   | 13    Mr. Marangola is here on behalf of the government, along |
|   | 14 with Ms. Kocher. |
| 3:10PM | 15    Is this our first pretrial?  We had one before, didn't |
|   | 16 we? |
|   | 17    **MR. MARANGOLA:**  I think we had one when they were |
|   | 18 together, when Mr. Figueroa was still together with Mr. |
|   | 19 Torres but this is the first one after the severance. |
| 3:10PM | 20    **THE COURT:**  In this matter, the Court does have voir |
|   | 21 dire suggestions by both the government and the defense; a |
|   | 22 witness list from the government listing some 53 witnesses; |
|   | 23 and the defendant listing 1 witness; proposed jury |
|   | 24 instructions from both the government and the defendant. |
| 3:10PM | 25    I do not believe we received the exhibit list; is that |

| | | |
|---|---|---|
| 3:10PM | 1 | right? |
| | 2 | **MR. MARANGOLA:** Judge, we have not submitted a final |
| | 3 | exhibit list yet. I've been speaking to Mr. Verrillo |
| | 4 | regarding stipulations and we're finalizing those. I believe |
| 3:11PM | 5 | we will have some agreement on a number of matters -- |
| | 6 | **THE COURT:** Okay. |
| | 7 | **MR. MARANGOLA:** -- in terms of foundation. |
| | 8 | So, we're working to finalize that and then I'll be able |
| | 9 | to have Mr. Torres and the government sign a stipulation and |
| 3:11PM | 10 | then get a final exhibit list. |
| | 11 | **THE COURT:** Okay, Mr. Verrillo, is that the case? |
| | 12 | **MR. VERRILLO:** Yes, we're working towards that, Judge, |
| | 13 | yes. |
| | 14 | **THE COURT:** All the motions that were previously filed, |
| 3:11PM | 15 | I believe have all been decided and resolved. I don't think |
| | 16 | there's any outstanding motions, is that right? |
| | 17 | **MR. MARANGOLA:** That's my understanding, Judge. |
| | 18 | **THE COURT:** And the defense? |
| | 19 | **MR. VERRILLO:** Since the case has been severed, there's |
| 3:11PM | 20 | a few other issues that have come up that I want to submit a |
| | 21 | memo on. |
| | 22 | Since this severance has occurred, there's a few |
| | 23 | issues -- I know I filed a prior motion, 404(b) and some |
| | 24 | other things dealing with the nickname, things of that |
| 3:12PM | 25 | nature, which the Court had dealt with. |

|         |    |                                                                    |
|---------|----|--------------------------------------------------------------------|
| 3:12PM  | 1  | But I do think that there's an issue here with regard to |
|         | 2  | the scope of the evidence that the governments wants to |
|         | 3  | present. |
|         | 4  | My client had left the area basically late 2015, and had |
| 3:12PM  | 5  | an incident here in February of 2016 but he basically was not |
|         | 6  | here.  So they want to bring evidence in through '18 and I |
|         | 7  | had a motion that I wanted to submit on that issue, the Rule |
|         | 8  | 403 issue. |
|         | 9  | **THE COURT:**  When are you going to do that? |
| 3:12PM  | 10 | **MR. VERRILLO:**  Soon.  I'm sorry, I just wanted the Court |
|         | 11 | to be aware of that. |
|         | 12 | **THE COURT:**  Okay. |
|         | 13 | **MR. VERRILLO:**  That is a new issue subsequent to the |
|         | 14 | severance. |
| 3:12PM  | 15 | **THE COURT:**  Give Mr. Marangola an opportunity to respond |
|         | 16 | to that. |
|         | 17 | So there are no other issues right now? |
|         | 18 | There is one issue regarding jury selection.  We're |
|         | 19 | scheduled to begin jury selection on October 12th.  I was |
| 3:12PM  | 20 | just notified Judge Wolford had previously scheduled, prior |
|         | 21 | to my scheduling this trial, a jury trial starting the same |
|         | 22 | date. |
|         | 23 | Because of the whole COVID situation, it's very |
|         | 24 | difficult to pick two juries on the same day. |
| 3:13PM  | 25 | I believe Judge Siragusa actually has a jury selection |

| | | |
|---|---|---|
| 3:13PM | 1 | October 18th, as well. |
| | 2 | So I'm wondering is it possible to move up our jury |
| | 3 | selection to October 7th?  Are you both available for that? |
| | 4 | And that would avoid that conflict. |
| 3:13PM | 5 | We could block off the 7th and 8th for jury selection. |
| | 6 | Obviously we would not be in session the 9th, 10th or the |
| | 7 | 11th, which is a holiday, and then actually begin openings or |
| | 8 | proof on the 12th. |
| | 9 | Would you be able available for that, the government? |
| 3:13PM | 10 | **MR. MARANGOLA:**  Yes, Judge. |
| | 11 | **THE COURT:**  Mr. Verrillo? |
| | 12 | **MR. VERRILLO:**  So there would be no proof on this those |
| | 13 | days? |
| | 14 | **THE COURT:**  No.  I wouldn't expect you to present any |
| 3:13PM | 15 | proof because we'd be moving it up.  Jury selection only. |
| | 16 | And if we finish early on the 7th, I wouldn't push you to |
| | 17 | begin any proof until at least the 12th. |
| | 18 | **MR. VERRILLO:**  Yes, I can work that out, yes. |
| | 19 | **THE COURT:**  Then we'll do that.  We'll make a change to |
| 3:14PM | 20 | begin jury selection October 7th at 8:30. |
| | 21 | Now, this case, you believe it's going to be |
| | 22 | approximately four weeks, Mr. Marangola? |
| | 23 | **MR. MARANGOLA:**  Judge, I think we'll be able to do it in |
| | 24 | probably between three and four.  I don't think we'll need |
| 3:14PM | 25 | the full four weeks. |

|         |    |                                                                 |
|---------|----|-----------------------------------------------------------------|
| 3:14PM  | 1  | **THE COURT:** But we'll block out four weeks to be safe.       |
|         | 2  | **MR. MARANGOLA:** Yes, I think that's safe, especially         |
|         | 3  | with stipulations.                                              |
|         | 4  | **THE COURT:** And alternates. You think 16, again, as in       |
| 3:14PM  | 5  | the past trial, 4 alternates, in other words?                   |
|         | 6  | **MR. MARANGOLA:** Probably, yes.                               |
|         | 7  | **MR. VERRILLO:** Okay, yes, Judge.                             |
|         | 8  | **THE COURT:** I think that's probably the safest approach      |
|         | 9  | to take with the current COVID situation we still have,         |
| 3:14PM  | 10 | unfortunately.                                                  |
|         | 11 | So we'll do that. We'll plan on selecting 12 jurors, 4          |
|         | 12 | alternate jurors on October 7th.                                |
|         | 13 | And if we finish that, if we complete on the 7th, we            |
|         | 14 | will not be in session on the 8th. If we need the 8th to do     |
| 3:15PM  | 15 | that, we'll do that, as well, and hold off any openings or      |
|         | 16 | proof until the 12th.                                           |
|         | 17 | Okay. Great. Thank you. I appreciate your cooperation           |
|         | 18 | on that. Okay. We're all set, thanks.                           |
|         | 19 | **MR. MARANGOLA:** Thank you, Judge.                            |
| 3:15PM  | 20 | **MR. VERRILLO:** Judge, can I just --                          |
|         | 21 | **THE COURT:** Oh, sure.                                        |
|         | 22 | **MR. VERRILLO:** I have one item I wanted to make. You're      |
|         | 23 | all set. I just want to ask you, and let you know, I'm a        |
|         | 24 | candidate for Supreme Court and I'm going to be doing things    |
| 3:15PM  | 25 | and I'll be out in the media and so forth. I wanted the         |

| | | |
|---|---|---|
| 3:15PM | 1 | Court to be aware.  I don't know how that affects jury |
| | 2 | questioning or whatever but during the time of this trial I |
| | 3 | will be out in various media.  So, I just wanted you to be... |
| | 4 | **THE COURT:**  I ran for Supreme Court, too.  You're not |
| 3:15PM | 5 | going to get much media quite, frankly. |
| | 6 | **MR. VERRILLO:**  I'm just telling you in case that became |
| | 7 | an issue. |
| | 8 | **THE COURT:**  I understand what you're saying.  I don't |
| | 9 | see it as an issue. |
| 3:15PM | 10 | **MR. VERRILLO:**  One other thing.  I would -- I did |
| | 11 | receive the Jencks material Monday, late Monday or on Monday |
| | 12 | and I did want to be with my client.  I know there's an order |
| | 13 | restricting certain things, but I did want to see if there |
| | 14 | could be times I could meet over here because the Monroe |
| 3:16PM | 15 | County jail is quite restrictive and I wanted to see if that |
| | 16 | could be accommodated where he could be brought over for |
| | 17 | sessions, morning or whatever. |
| | 18 | **THE COURT:**  You mean prior to the trial? |
| | 19 | **MR. VERRILLO:**  Yeah, just to have some sessions. |
| 3:16PM | 20 | **THE COURT:**  Try to make arrangements with the Marshals |
| | 21 | because we're pretty busy here, so there may be times and |
| | 22 | space available to allow you to do that and we'll try to |
| | 23 | accommodate. |
| | 24 | **MR. MARANGOLA:**  I guess Mr. Verrillo indicated he wanted |
| 3:16PM | 25 | to file a motion since we are sort of getting close, |

| | | |
|---|---|---|
| 3:16PM | 1 | especially advancing jury selection, did the Court want to |
| | 2 | issue -- |
| | 3 | **THE COURT:** A scheduling order, yes.  Let's do that. |
| | 4 | Yes, how about can you file by next Tuesday? |
| 3:17PM | 5 | **MR. VERRILLO:**  Could I have Wednesday. |
| | 6 | **THE COURT:**  Wednesday the 22nd.  How long do you need to |
| | 7 | respond, Mr. Marangola? |
| | 8 | **MR. MARANGOLA:**  If we could have till Monday, the 27th. |
| | 9 | **THE COURT:**  Okay.  So the motion to be filed the 22nd. |
| 3:17PM | 10 | Response by 27th.  And we'll put it on for October 1st, we'll |
| | 11 | come back to try to resolve those issues, October 1st at |
| | 12 | 3 p.m. |
| | 13 | **MR. MARANGOLA:**  That works, Judge. |
| | 14 | **MR. VERRILLO:**  Yes, Judge. |
| 3:17PM | 15 | **THE COURT:**  Okay, great.  Thank you. |
| | 16 | (WHEREUPON, proceedings adjourned.) |

U.S. vs. Torres - 18-CR-6094

           \*        \*        \*

**CERTIFICATE OF REPORTER**

      In accordance with 28, U.S.C., 753(b), I certify that these original notes are a true and correct record of proceedings in the United States District Court of the Western District of New York before the Honorable Frank P. Geraci on September 15, 2021.


S/ Diane S. Martens

Diane S. Martens, FCRR, RPR
Official Court Reporter